**FILED**

NOV 0 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YOURKE

        Plaintiff.

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al,

        Defendants.
_____/

No. C 06-2370 CW

ORDER DENYING EXPERIAN INFORMATION SOLUTION INC'S REQUEST TO APPEAR TELEPHONICALLY AT MEDIATION

    The undersigned has reviewed and considered Defendant Experian Information Solutions, Inc.'s ("Experian") request to have its representative excused from personally appearing at a mediation scheduled for November 28, 2006. The Court finds that Experian has failed to make the requisite showing that attendance in person would result in an "extraordinary or otherwise unjustifiable hardship" (ADR L.R. 6.9(d)), given that their representative, an employee of a business entity party, is located in Costa Mesa. Accordingly, the Court DENIES the request.

    IT IS SO ORDERED.

Dated: November 6, 2006

WAYNE D. BRAZIL
United States Magistrate Judge

1