UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. YOURKE, ) | |
| ) | |
| Plaintiff(s), ) | No. C06-2370 CW (BZ) |
| ) | |
| v. ) | |
| ) | **CLERK'S NOTICE RESCHEDULING** |
| EXPERIAN INFORMATION ) | **TELEPHONIC CONFERENCE RE** |
| SOLUTIONS, ) | **DISCOVERY DISPUTE** |
| ) | |
| Defendant(s). ) | |
| ) | |

**PLEASE TAKE NOTICE** that the Court will be **closed** on **Tuesday, January 2, 2007** as it has been declared by the President of the United States as a National Day of Mourning and **all federal courts** in the Northern District of California will be **closed**. Therefore, the telephonic conference presently scheduled for Tuesday, January 2, 2007, at 3:00 p.m. is **rescheduled to Wednesday, January 3, 2007 at 3:00 p.m.** Counsel for plaintiff shall contact counsel for defendant and call chambers at **(415) 522-4093 on January 3, 2007.**

Dated: December 28, 2007

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-REFS\YOURKE\YOURKE TEL.CONF.ORDER.1.RESCHEDULE.wpd

1