Jonathon D. Nicol (CA State Bar No. 238944)
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA 92614
Tel: 949/851-3939
Fax: 949/553-7539
Email: jdnicol@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. YOURKE, | CASE NO. 4:06-CV-2370-CW-BZ |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING EXPERT DISCOVERY CUTOFF DEADLINE** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., inclusive | |
| Defendant. | |

1    Pursuant to Civil L.R. 6-2, IT IS HEREBY STIPULATED AND AGREED by and
2    between Plaintiff Steven R. Yourke and Defendant Experian Information Solutions, Inc.
3    ("Experian"), by their attorneys of record, that:

4    WHEREAS counsel for Experian is unavailable to depose Plaintiff's expert witness until
5    the week after the Expert discovery Cutoff date of March 15, 2007.

6    WHEREAS there have been no previous modifications to the Scheduling Conference
7    Order.

8    WHEREAS all parties agree that the Expert Discovery Cutoff deadline should be
9    modified and that the date currently calendared should be extended two weeks. The parties
10   propose a new Expert Discovery Cutoff date of March 15, 2007.

11   NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel of
12   record, hereby stipulate and agree that the Expert Discovery Cutoff deadline be modified as set
13   forth above.

Dated: February 20, 2007            By:_____/s/_____
                                        Mark Anderson

                                    KEMNITZER ANDERSON BARRON AND
                                    OGILVIE

                                    Attorneys for Defendant EXPERIAN
                                    INFORMATION SOLUTIONS, INC.

Dated: February 20, 2007            By:_____/s/_____
                                        Jonathon D. Nicol

                                    JONES DAY

                                    Attorneys for Defendant EXPERIAN
                                    INFORMATION SOLUTIONS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ____2/26_____, 2007     _____
                                    ~~BERNARD ZIMMERMAN~~ CLAUDIA WILKEN
                                    United States ~~Magistrate~~ Judge
                                                District

LAI-2848582v1                1              STIPULATION AND PROPOSED ORDER
                                            MODIFYING EXPERT DISCOVERY CUTOFF