1 Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron & Ogilvie LLP
2 445 Bush Street, 6th Floor
San Francisco, CA 94108
3 Ph: (415) 861-2265
Fax: (415) 861-3151
4 mark@kabolaw.com

5 Attorneys for Steven R. Yourke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. YOURKE,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>Defendant. | Case No. C 06 02370 CW<br><br>**DECLARATION OF STEVEN YOURKE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 10, 2007<br>Time: 2:00 PM<br>Location: Courtroom 2, 4th Floor |

Steven R. Yourke declares:

1. I am the plaintiff in this action.

2. I applied for credit from Wells Fargo Bank on two occasions in January and in or about March 2006. Each time I was denied credit. Attached as Exhibit A is a copy of a letter I received from Wells Fargo Bank dated January 8, 2006, which states I was being denied credit. Attached as Exhibit B is a copy of a second letter I received from Wells Fargo Financial Bank, which also states I was being denied credit.

Decl of Steven R Yourke, *Yourke v Experian*     1

3. In March 2006, I applied to Citibank for a credit card. I was denied credit. Attached as Exhibit C is a letter from Citibank stating the reasons I was denied credit.

4. After six months my disputing the tax lien reports, Experian reduced the amounts shown as owing to the Franchise Tax Board to small dollar items ($114, $120 and $11). However, these were merely collection costs that were never included in the tax liens at all but were completely separate. I paid these collection costs immediately upon being notified of them, which was when I handed in my (late) tax returns at the office of the Franchise Tax Board in San Francisco.

5. The collection costs therefore did not reflect a failure to pay any lawful debt or even to be late in paying money due.

6. I never had to pay any money assessed against me by the Franchise Tax Board or by IRS, except for the collection costs referenced above.

7. I proved to Experian that I never had any genuine debt (taxes, interest or penalties) with the Franchise Tax Board yet, in spite of my numerous requests, Experian never did delete the misleading tax lien information.

8. Unlike Experian, the other two nationwide credit bureaus, Trans Union and Equifax, deleted all reference to the tax lien information.

9. I estimate I made 100 telephone calls to Experian in the period October 2005 through March 2006. Many of the calls resulted in my reaching voice mail. It was extremely difficult to get through to a live agent. After Ms Higginbotham gave me the name of her supervisor, Ms Ransom, I called her multiple times reaching only voice mail. She never once returned my call.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 12, 2007.

/s/ Steven R. Yourke

Decl of Steven R Yourke, *Yourke v Experian*　　　　　2

January 8, 2006                    20060045500904

STEVEN R YOURKE
828 FRANKLIN ST APT. APT 7
SAN FRANCISCO, CA 94102-6309

DEAR STEVEN YOURKE:

Thank you for your recent credit request with Wells Fargo Bank. We value every application and strive to help build a strong financial future for all our customers. After carefully reviewing your request we determined we are unable to approve your credit request at this time for the following reason(s):

Collection action, Judgment, Tax lien, or Charge Off
Collection action, Judgment, Tax lien, or Charge Off
Serious delinquency, derogatory public record, or collection filed
Too few accounts paid as agreed

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agencies listed below. The reporting agency played no part in our decision and is unable to supply specific reason(s) why we have denied credit to you. You have the right to a free copy of your report, if you request it no later than sixty (60) days after you receive this notice. In addition, if you find that any information contained in the report is inaccurate or incomplete, you have a right to dispute the matter with the reporting agency.

EXPERIAN
701 EXPERIAN PARKWAY
P.O. BOX 2002
ALLEN, TX  75013-0036
(888)397-3742

If you have additional information you do not believe was considered, please contact your local Wells Fargo banker. At Wells Fargo Bank, we understand circumstances change, and invite you to re-apply at a later time. Thank you again for the opportunity to review your credit request.

Sincerely,
Wells Fargo Bank
Personal Credit Management
(415)396-4595

01040100307PDECE20060045500904

Exhibit A to Yourke Decl in Opp to Mot Summ Jmt



**Wells Fargo Financial Bank**
MAC F6800-011
3201 North 4th Avenue
Sioux Falls, South Dakota 57104-0700
605 336-3933

March 30, 2006

Steven Yourke
828 Frankline St 706
San Francisco, CA 94902-0000

Wells Fargo Financial Bank has given your request for a credit account the most careful consideration. As much as we would like to serve your credit needs, we are unable to do so at this time. Wells Fargo Financial Bank is a subsidiary of Wells Fargo Financial, Inc. Credit decisions made by Wells Fargo Financial Bank will in no way affect your current or future dealings with other Wells Fargo Financial offices.

If our decision was based wholly or partially on information obtained from an outside source, this is disclosed below. If you live in Arizona, and if we obtained a report from a consumer reporting agency in connection with your application, that agency is disclosed below.

PRINCIPAL REASON(S) FOR ADVERSE ACTION CONCERNING CREDIT

    Delinquent credit obligations

☒    Information obtained in a report from a consumer reporting agency identified below:

    Experian 701 Experian Parkway PO Box 2002 Allen TX, 75013 (888) 397-3742

The consumer reporting agency(s) named above did not make the decision about your application and cannot explain to you why the decision was made. You have the right to obtain a free copy of your consumer report from the consumer reporting agency(s) named above pursuant to Section 612 of the Federal Fair Credit Reporting Act, if you request a copy from the consumer reporting agency(s) within 60 days from the date you receive this notice. You also have the right to dispute the accuracy or completeness of the information in your consumer report with the consumer reporting agency(s) named above, pursuant to Section 611 of the Federal Fair Credit Reporting Act.

☐    Information obtained from our corporate affiliate. If you deliver a written request to us within 60 days from the date this notice was mailed, we will disclose the nature of the information to you within 30 days from the date we receive your request.

☐    Information obtained from an outside source other than a consumer reporting agency or corporate affiliate. You have the right to make a written request within 60 days of receipt of this notice for disclosure of the nature of the information.

1656 03/30/06    **SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
806703

**Exhibit B to Yourke Decl in Opp to Mot Summ Jmt**

1676 05/05 TSOL 0064-0505



*Citibank (South Dakota), N.A.*
*c/o Citicorp Credit Services, Inc.*
*P.O. Box 6020*
*Hagerstown, MD 21749-6020*

March 25, 2006

STEVEN R YOURKE
828 FRANKLIN ST
APT 706
SAN FRANCISCO CA  94102-6309

REFERENCE NUMBER
200603240002397

Dear STEVEN R YOURKE:

Thank you for applying for a Citi Simplicity℠ Rewards account. We regret we are unable to approve an account for you at this time because of the following:

- A delinquent credit obligation, either paid or unpaid, was recorded on your credit bureau report.

- Your credit bureau report shows that your balances on your open accounts are too high when compared to your credit limits.

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply the specific reasons why we have denied credit to you.

You also have a right to a free copy of your credit report from the consumer reporting agency if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

*Experian*
*P.O. Box 2002*
*Allen, TX 75013-0036*
*1-888-EXPERIAN(397-3742)*

If your credit report is not correct, we would be willing to consider your application again. Please send a copy of your updated credit report within 30 days and be sure to include the reference number listed above.

We appreciate your interest and hope to have the opportunity to fulfill your request in the future.

Sincerely,

K. Aberson

K. Aberson
Mgr., Consumer Credit Services
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

Exhibit C to Yourke Decl in Opp to Mot Summ Jmt

'AF6501/001/4D5FS/5818

A member of citigroup