C-06-2370-CW Yourke-v-Experian Information Solutions Inc

DOCUMENT # 43 DELETED PER ORDER #50, FILED ON 4/27/07.