1  Mark F. Anderson (SBN 44787)
   Kemnitzer, Anderson, Barron & Ogilvie LLP
2  445 Bush Street, 6th Floor
   San Francisco, CA 94108
3  Ph: (415) 861-2265
   Fax: (415) 861-3151
4  mark@kabolaw.com

5  Attorneys for Steven R. Yourke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN R. YOURKE**, ) | Case No. C 06 02370 CW |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER FOR LEAVE TO FILE DOCUMENTS IN COMPLIANCE WITH LOCAL RULE 3-17** |
| v. ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.**; ) | |
| Defendant. ) | |

Whereas, on April 12, 2007, plaintiff filed the Declaration of Mark F Anderson Attaching Documents and Transcripts of Depositions Filed in Opposition to Defendant's Motion for Summary Judgment;

Whereas, certain of the documents attached to that declaration disclose the social security number and year of birth of the plaintiff Steven R. Yourke in violation of Local Rule 3-17;

Whereas, plaintiff is prepared to file a substituted declaration with the social security numbers and date of birth of the plaintiff redacted;

Whereas, a court order is needed to remove documents e-filed;

IT IS HEREBY STIPULATED by and between counsel that plaintiff may have leave to

Stip & Order re L-R 3-17, *Yourke v Experian*     1

file his substituted declaration with the social security numbers and date of birth redacted.

Dated: April 19, 2007.

                        KEMNITZER, ANDERSON, BARRON & OGILVIE LLP

                        By____/s/ Mark F Anderson_____
                             Mark F. Anderson
                             Attorney for Plaintiff Steven Yourke

Dated: April 19, 2007.

                        JONES DAY

                        By_____/s/ Lucinda W. Andrew
                             Lucinda W. Andrew
                             Attorney for Defendant Experian Information
                             Solutions, Inc.

                        <u>ORDER</u>

     Based on the stipulation of the parties and for good cause shown, plaintiff is granted leave to file his substituted declaration with appropriate redactions to comply with Local Rule 3-17. Once the substituted document is e-filed, the Clerk shall delete entry number 38 from the case file.

     4/24/07               _____
                              Judge of the U.S. District Court