1 | Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron & Ogilvie LLP
2 | 445 Bush Street, 6th Floor
San Francisco, CA 94108
3 | Ph: (415) 861-2265
Fax: (415) 861-3151
4 | mark@kabolaw.com

5 | Attorneys for Steven R. Yourke

6

7

                      UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  **STEVEN R. YOURKE**, | ) Case No. C 06 02370 CW |
| 11         Plaintiff, | ) |
| | ) **DECLARATION OF MARK F.** |
| 12         v. | ) **ANDERSON ATTACHING** |
| | ) **DOCUMENTS AND** |
| | ) **TRANSCRIPTS OF DEPOSITIONS** |
| 13  **EXPERIAN INFORMATION SOLUTIONS,** | ) **FILED IN OPPOSITION TO** |
| **INC.;** | ) **DEFENDANT'S MOTION FOR** |
| 14 | ) **SUMMARY JUDGMENT** |
| | ) |
| 15         Defendant. | ) **Date: May 10, 2007** |
| | ) **Time: 2:00 PM** |
| 16 | ) **Location: Courtroom 2, 4th Floor** |
| | ) |
| 17  _____ | ) |

18      Mark F Anderson declares:

19         1.  I am the attorney for the plaintiff.

20         2.  Attached as Exhibits A through P are true copies of correspondence and

21     documents that plaintiff sent or received from defendant Experian in the period

22     October 2006 through April 2007. The documents consist of what are commonly

23     known as credit reports (however, Experian refers to the documents as consumer

24     disclosure reports) and letters sent and received by Yourke and Experian in that

25     time period. Some of the attached exhibits have more than one document included

26     because the included documents consist of Yourke's dispute and Experian's

27

28

Decl of Mark F Anderson Attaching Docs, *Yourke v Experian*            1

handling of the dispute. Each of the exhibits are themselves exhibits to depositions I took in this action of Experian's employees and a person most knowledgeable in February 2007. The deposition exhibit numbers of the attached documents are 5-15, 17-19, 22-24, 26-28, 30-35, 38 and 39. Each of the documents was authenticated during those depositions as disclosed in the deposition transcripts.

3. Attached Exhibits Q, R, S, and V are true copies of the transcripts of the depositions of Experian employees Carrie Higginbotham, Kathy Centanni, Kim Hughes and Cristen Ransom, respectively, taken February 13 and 14, 2007, in this action.

4. Attached as Exhibit T is a true copy of the transcript of the deposition of plaintiff Yourke taken by Experian on January 11, 2007.

5. Attached as Exhibit U are documents sent to me by Citibank in response to a subpoena sent to the bank in this action. It includes a declaration of the custodian of records for Citibank.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 12, 2007.

_/s/Mark F Anderson_____