Exhibit A to Anderson Declaration,
Yourke v Experian

# experian

## Before contacting us, you should carefully review this report.

## Disputing information in your report

If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit:*

## www.experian.com/disputes

Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.

STEVEN R YOURKE
828 FRANKLIN ST APT 706
SAN FRANCISCO CA 94102

EXHIBIT 5

Prepared for
STEVEN R YOURKE
051512309 4

**Report date**
October 18, 2005

**Report number**
051512309 4

www.experian.com/disputes

**Page 1 of 12**

## Your personal credit report

### Potentially negative items or items for further review

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

### Accounts in good standing

Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

### History of your account balances

Reports up to two years of your monthly balances on an account, if reported by your creditor.

### Requests for your credit history

We list anyone that has reviewed your credit information in the last two years.

### Personal information

This information is reported to us by you, your creditors and other sources.

## Other Experian credit management tools

### Score report

Order your Experian PLUS score report by calling 1 888 322 5583.

### Credit Manager

Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

## About Experian

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

016638097

# experian

**Prepared for**
STEVEN R YOURKE
**Report number**
0515123094

**Report date**
October 18, 2005
www.experian.com/disputes
Call 1 800 509 8495

**Page 2 of 12**

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency./ Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain on the A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Public records

| | | | | | |
|---|---|---|---|---|---|
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103 | *Identification number*<br>SQ2004H708905 | *Date filed*<br>Apr 2004<br>*Date resolved*<br>Sep 2004 | *Responsibility*<br>Individual | *Claim amount*<br>$51,655<br>*Liability amount*<br>NA | Status: Federal tax lien paid. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103 | *Identification number*<br>BKH310PQ0664SQ9 | *Date filed*<br>Jan 1999<br>*Date resolved*<br>NA | *Responsibility*<br>Individual | *Claim amount*<br>$129,986<br>*Liability amount*<br>NA | Status: State tax lien filed.<br>This item was verified and updated on May 2003. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103 | *Identification number*<br>SQ2000H663O519 | *Date filed*<br>Jun 2000<br>*Date resolved*<br>Oct 2000 | *Responsibility*<br>Individual | *Claim amount*<br>$741,167<br>*Liability amount*<br>NA | Status: State tax lien paid. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103 | *Identification number*<br>BK315PQ05835Q2 | *Date filed*<br>Jan 2003<br>*Date resolved*<br>NA | *Responsibility*<br>Individual | *Claim amount*<br>$9,916<br>*Liability amount*<br>NA | Status: State tax lien filed. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103 | *Identification number*<br>BK717PG0516SQ2 | *Date filed*<br>Sep 2004<br>*Date resolved*<br>NA | *Responsibility*<br>Individual | *Claim amount*<br>$19,374<br>*Liability amount*<br>NA | Status: State tax lien filed. |

016638097

EXHIBIT
8.70
EXP/YOURKE 0003

experian
11/14/05
10/18/05

Your Account Number: 0515123094001

To Comply with FCRA, please respond within 5 working days.

Name: STEVEN R YOURKE
Addr: 828 FRANKLIN ST APT 706
SAN FRANCISCO, CA 94102
Prev: 1131 SHRADER ST/SAN FRANCISCO CA 94117

SSN/DOB:
Spouse/SSN:

Consumer States: Lien Withdrawn, Cancelled or Filed in Error (D) / NO MONEY WAS EVER PAID AND AFTER TAXS WERE FILED THIS LIEN WAS RELEASED.

experian
NCAC-(972)390-4067
P.O. Box 2103
Allen, TX 75013

SAME:
☐ Name: STEVEN R YOURKE
☐ Addr: 828 FRANKLIN ST 706
SAN FRANCISCO CA 94102
☐ Prev:
☐ SSN/DOB:
☐ Spouse/SSN:

| | Subscriber Name | Subscriber Code | Date Opened | | | | | Present Status | High Credit | | MOP Payment History | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Verified As Reported ☐

Consumer Claims ☐

SAN FRANCISCO CNTY REC 3041351

Type Loan: State Tax Lien

BK PG SEQ NO: BKI717PG0516SQ2004H

09/07/04    09/07/04

Change Date: As Shown ☒
Delete Account ☐

SAN FRANCISCO COUNTY ECOJ3031351
$19374
OF CALIFORNIA
BK PG SEQ NO: SOIN 941498 BKI981 PG644 BKI981 PG644
When you STATE TAX LIEN RELEASED
STATE TAX LIEN REL.
BK. PG. SEQ. NO: 09/23/05
BK. PG. SEQ. NO: 09/07/04
RELEASED                     I041498
HEC 44467

Authorized Signature: Tracy Hightower -- LEXISNEXIS    Date: 10/28/05    Phone (405) 302-6091

**** NOTICE ****
In order to comply with the FCRA and maintain file integrity, we need your assistance. To avoid permanent deletion of this trade information. To avoid permanent deletion of this trade information, your tapes cannot reappend this data to our file.
please complete and return this form immediately. Once this information is deleted, your tapes cannot reappend this data to our file.

Member Associated Credit Bureaus, Inc.

0515123094002

Your Account Number:
To Comply with FCRA, please respond within 5 working days.
Name:  STEVEN R YOURKE
Addr:  828 FRANKLIN ST APT 706
       SAN FRANCISCO, CA 94102
Prev:  1131 SHRADER ST/SAN FRANCISCO CA 94117

SSN/SSN:
Spouse/SSN:
Consumer States: Lien Withdrawn, Cancelled or Filed in Error (D) / NO MONEY WAS EVER PAID AND AFTER TAXS WERE
FILED THIS LIEN WAS RELEASED.

NCAC-(972)390-4067
P.O. Box 2103
Allen, TX 75013

experian
11/14/05
10/18/05

EXP/YOURKE 0008A

SAME
☐ Name:
☐ Addr:

☐ Prev:

☐ SSN/DOB:
☐ Spouse/SSN:

STEVEN R YOURKE
828 FRANKLIN ST 706
SAN FRANCISCO CA 94102

State Tax Lien

01/31/03          01/31/03

SAN FRANCISCO CNTY REC  3041351
$9916
Type Loan    Terms  Date Last Payment
Balloon Payment/Date Due, Condition/Sold To Original Creditor

BK PG SEQ NO: BKI315PG0583SQ2003H

SAN FRANCISCO COUNTY COUNQ131351
$9916
OF CALIFORNIA
BK PG SEQ NO: SOH969994 BKI909 PG130
Reason for filing

STATE LN REL
SHA TR TAX
When you SHA TR  TAX  you verify that you have verified
and your computer and/or manual records will be adjusted to reflect changes noted above.

BK PG SEQ NO:06/13//05  H969994
BK PG SEQ NO:01/31/03  H349241
of the entire Item

RELEASED

Authorized Signature ___Tracy Hightower -- LEXISNEXIS___ Date ___10/28/05___  Phone ___(405) 302-6091___

☐ Member Associated Credit Bureaus, Inc.

**** NOTICE ****
In order to comply with the FCRA and maintain file integrity, we need your assistance. To avoid permanent deletion of this trade information,
please complete and return this form immediately. Once this information is deleted, your tapes cannot reappend this data to our file.

Verified
As
Reported  ☐

Consumer
Claims  ☐

Change Date
As Shown  ☒
Delete
Account  ☐

**experian**
11/14/05
10/18/05

EXP/YOURKE 00085

experian
NCAC-(972)390-4067
P.O. Box 2103
Allen, TX 75013

0515123094003

Your Account Number:
To Comply with FCRA, please respond within 5 working days.

Name: STEVEN R YOURKE
Addr: 828 FRANKLIN ST APT 706
SAN FRANCISCO, CA 94102
Prev: 1131 SHRADER ST/SAN FRANCISCO CA 94117

SSN/DOB:
Spouse/SSN:

SAME
☐ Name: STEVEN R YOURKE
☐ Addr:

☐ Prev: 1131 SHRADER ST
SAN FRANCISCO CA 94117
☐ SSN/DOB:
☐ Spouse/SSN:

Consumer States: Lien Withdrawn, Cancelled or Filed in Error (D) / NO MONEY WAS EVER PAID AND AFTER TAXS WERE
FILED THIS LIEN WAS RELEASED.

Subscriber Name

SAN FRANCISCO CNTY REC 3041351
$741167

BK PG SEQ NO: SQ2000H6630519

State LN Rel

06/21/00        10/25/00

SAN FRANCISCO COUNTY COU3031351
$741167
OF CALIFORNIA
BK PG SEQ NO: SOG790853        BK PG SEQ NO:06/21/00
Reason for change NO commencing        BK PG SEQ NO:10/25/00        G7790853
When you STATE TAX LIEN, REL        BK PG SEQ NO:10/25/00 entire GR554915
STATUS NOT CHANGED        STATE TAX LIEN        BK PG SEQ NO:10/25/00 entire GR554915

STATE TAX LIEN
When you complete this form, you have verified
and your computer and/or manual records will be adjusted to reflect changes noted above.

Authorized Signature     Tracy Hightower -- LEXISNEXIS     Date 10/28/05     Phone     (405) 302-6091

☐ Member Associated Credit Bureaus, Inc.

**** NOTICE ****
In order to comply with the FCRA and maintain file integrity, we need your assistance. To avoid permanent deletion of this trade information,
please complete and return this form immediately. Once this information is deleted, your tapes cannot reappend this data to our file.

EXP/YOURKE 00086

experian
11/14/05
10/18/05

Your Account Number:
0515123094004

To Comply with FCRA, please respond within 5 working days.

Name: STEVEN R YOURKE
Addr: 828 FRANKLIN ST APT 706
      SAN FRANCISCO, CA 94102
Prev: 1131 SHRADER ST/SAN FRANCISCO CA 94117

SSN/DOB:
Spouse/SSN:

Consumer States: Lien Withdrawn, Cancelled or Filed in Error (D) / NO MONEY WAS EVER PAID AND AFTER TAXS WERE FILED THIS LIEN WAS RELEASED.

experian
NCAC--(972)390-4067
P.O. Box 2103
Allen, TX 75013

SAME
☐ Name: STEVEN R YOURKE
☐ Addr:
☐ Prev: 1131 SHRADER ST
         SAN FRANCISCO CA 94117
☐ SSN/DOB:
☐ Spouse/SSN:

SAN FRANCISCO CNTY REC 3041351
$129986
BK PG SEQ NO: BKH310PG0664SQ99G50

State Tax Lien

01/28/99       04/10/03

SAN FRANCISCO COUNTY GOU3031351
$129986
OF CALIFORNIA
BK PG SEQ NO: SOG634322 BKH444 PG185
STATE LN REL
BK PG SEQ NO:08/09/99 G634322
BK PG SEQ NO:10/28/99 G506611
RELEASED

Authorized Signature  Tracy Hightower -- LEXISNEXIS   Date  11/03/05   Phone  (405) 302-6091

Member Associated Credit Bureaus, Inc.

**** NOTICE ****
In order to comply with the FCRA and maintain file integrity, we need your assistance. To avoid permanent deletion of this trade information, please complete and return this form immediately. Once this information is deleted, your tapes cannot reappend this data to our file.

0515123094005

Your Account Number:
To Comply with FCRA, please respond within 5 working days.
Name: STEVEN R YOURKE
Addr: 828 FRANKLIN ST APT 706
SAN FRANCISCO, CA 94102
Prev: 1131 SHRADER ST/SAN FRANCISCO CA 94117

SSN/DOB:
Spouse/SSN:
Consumer States: Lien Withdrawn, Cancelled or Filed in Error (D) / NO MONEY WAS EVER PAID AND AFTER TAXS WERE
FILED THIS LIEN WAS RELEASED.

NCAC-(972)390-4067
P.O. Box 2103
Allen, TX 75013

SAME
☐ Name:
☐ Addr:
☐ Prev:
☐ SSN/DOB:
☐ Spouse/SSN:

STEVEN R YOURKE
828 FRANKLIN ST 706
SAN FRANCISCO CA 94102

experian
11/14/05
10/18/05
EXP/YOURKE 0087

Federal LN Rel      04/29/04         09/28/04

SAN FRANCISCO CNTY REC 3031351
$51655
Type Loan
BK PG SEQ NO: SQ2004H708905

REVENUE SERVICE
Read for SQMany No. SQH708905

STATUS NOT CHANGED

FEDERAL TAX LIEN
When you FEDERAL LN REL
and your computer and/or manual records will be adjusted to reflect changes noted above.

BK PG SEQ NO:04/29/04  H708905
BK PG SEQ NO:10/04/28 04 H822880

Authorized Signature ___Tracy Hightower -- LEXISNEXIS___ Date ___10/28/05___ Phone ___(405) 302-6091___

☑ Member Associated Credit Bureaus, Inc.

**** NOTICE ****
In order to comply with the FCRA and maintain file integrity, we need your assistance. To avoid permanent deletion of this trade information,
please complete and return this form immediately. Once this information is deleted, your tapes cannot reappend this data to our file.

Change Date: As Shown [X]  Delete Account [ ]
Verified As Reported [ ]
Consumer Claims [ ]

EXP/YOURKE 00168

# experian

## Investigation results

**Prepared for**
STEVEN R YOURKE

**Report number**
0515123094

**Report date**
November 12, 2005

www.experian.com/disputes    Page 1 of 10

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

• request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;

• add a statement disputing the accuracy or completeness of the information; and

• request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate

**Updated** - A change was made to this item; review this report to view the change

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

**Public records**

| | Outcome |
|---|---|
| SAN FRANCISCO CNTY REC SQ2004H70.... | Remains |
| SAN FRANCISCO CNTY REC BKH310PG0664SO9.... | Updated |
| SAN FRANCISCO CNTY REC BK0315PG05835Q2.... | Updated |
| SAN FRANCISCO CNTY REC SQ2000H663.... | Remains |
| SAN FRANCISCO CNTY REC BK0717PG05165Q2.... | Updated |

**Credit items**

| | Outcome |
|---|---|
| ASSET ACCEPTANCE LLC 1923.... | Updated |
| BANK OF AMERICA 40241/201/420.... | Reviewed |

**Personal information**

| | Outcome |
|---|---|
| Residence | Updated |
| Date of birth | Updated |
| Telephone number | Deleted |
| Spouse name | Deleted |
| Employer | Updated |

Visit experian.com/status to check the status of your pending disputes at any time

### If you have questions

For the fastest and easiest way to dispute visit:
**experian.com/disputes** or call, **800 509 8495.**

Dispute services are available 24 hours a day, seven days a week.

Contact us within 90 days from the date on this report and be sure to have your report number.

**To order a copy of your Experian Credit Score, visit experian.com or, call 1 888 322 5583.**

**Protect and manage your credit with Credit Manager www.creditexpert.com**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.



EXHIBIT

STEVEN R YOURKE
828 FRANKLIN ST APT 706
SAN FRANCISCO CA 94102

016638097

# experian

**Report date**
November 12, 2005
www.experian.com/disputes
Call 800 509 8495

**Prepared for**
STEVEN R YOURKE
**Report number**
0515123094

## Information affecting your creditworthiness

Items listed with dashes before and after the number, *for example* –1–, may have a potentially negative effect on your future credit extension and are listed first on the report.

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account information connected with some public records, such as bankruptcy, also may appear with your credit accounts listed later in this report.

### Public records

| Source/ Identification number | Location number | Date filed/ Date resolved | Responsibility | Claim amount/ Liability amount | Status details |
|---|---|---|---|---|---|
| **–1– SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | SQ2004H708905 | 4-2004/<br>9-2004 | Individual | $51,655 /<br>NA | Status: Federal tax lien paid.<br>This item was verified on Nov 2005 and remained unchanged. |
| **–2– SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | BKH310PG0664SQ9 | 1-1999/<br>8-1999 | Individual | $129,986 /<br>NA | Status: State tax lien paid.<br>This item was verified and updated on Nov 2005. |
| **–3– SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | SQ2000H6630519 | 6-2000/<br>10-2000 | Individual | $741,167 /<br>NA | Status: State tax lien paid.<br>This item was verified on Nov 2005 and remained unchanged. |
| **–4– SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | BKI315PG0583SQ2 | 1-2003/<br>6-2005 | Individual | $9,916 /<br>NA | Status: State tax lien paid.<br>This item was verified and updated on Nov 2005. |
| **–5– SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | BKI717PG0516SQ2 | 9-2004/<br>9-2005 | Individual | $19,374 /<br>NA | Status: State tax lien paid.<br>This item was verified and updated on Nov 2005. |

EXP/YOURKE 00169

016663097

Exhibit B to Anderson Declaration,
Yourke v Experian

# experian®

**Before contacting us, you should carefully review this report.**

## Disputing information in your report

If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit:*

## www.experian.com/disputes

**Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.**

---

EXP/YOURKE 0014 4

Prepared for
STEVEN YOURKE
**Report number
3065482092**

**Report date**
October 20, 2005

Page 1 of 12

www.experian.com/disputes

## Your personal credit report

**Potentially negative items or items for further review**
The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

**Accounts in good standing**
Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

**History of your account balances**
Reports up to two years of your monthly balances on an account, if reported by your creditor.

**Requests for your credit history**
We list anyone that has reviewed your credit information in the last two years.

**Personal information**
This information is reported to us by you, your creditors and other sources.

## Other Experian credit management tools

**Score report**
Order your Experian VantageScore℠ report for only $6 by calling 1 888 322 5583.

**Credit Manager**
Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

## About Experian

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

EXHIBIT
TRANS-WORLD, U.S. 7L

STEVEN YOURKE
828 FRANKLIN STREET #706
SAN FRANCISCO CA 94102

016663097

# experian

**Prepared for**
STEVEN YOURKE
**Report number**
3065482092

**Report date**
October 20, 2005
www.experian.com/disputes
Call 1 800 509 8495

**Page 2 of 12**

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 1, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Public records

**SAN FRANCISCO CNTY REC**
400 S VAN NESS AVE
SAN FRANCISCO CA 94103
*No phone number available*

| Identification number | Date filed | Responsibility | Claim amount | Status |
|---|---|---|---|---|
| SQ2004H708905 | Apr 2004 / Date resolved Sep 2004 | Individual | $51,655 / Liability amount NA | Status: Federal tax lien paid. |

**SAN FRANCISCO CNTY REC**
400 S VAN NESS AVE
SAN FRANCISCO CA 94103
*No phone number available*

| Identification number | Date filed | Responsibility | Claim amount | Status |
|---|---|---|---|---|
| BKH310PG0664SQ9 | Jan 1999 / Date resolved NA | Individual | $129,986 / Liability amount NA | Status: State tax lien filed. This item was verified and updated on May 2003. |

**SAN FRANCISCO CNTY REC**
400 S VAN NESS AVE
SAN FRANCISCO CA 94103
*No phone number available*

| Identification number | Date filed | Responsibility | Claim amount | Status |
|---|---|---|---|---|
| SQ2000H663051 9 | Jun 2000 / Date resolved Oct 2000 | Individual | $741,167 / Liability amount NA | Status: State tax lien paid. |

**SAN FRANCISCO CNTY REC**
400 S VAN NESS AVE
SAN FRANCISCO CA 94103
*No phone number available*

| Identification number | Date filed | Responsibility | Claim amount | Status |
|---|---|---|---|---|
| BKI315PG05835Q2 | Jan 2003 / Date resolved NA | Individual | $9,916 / Liability amount NA | Status: State tax lien filed. |

**SAN FRANCISCO CNTY REC**
400 S VAN NESS AVE
SAN FRANCISCO CA 94103
*No phone number available*

| Identification number | Date filed | Responsibility | Claim amount | Status |
|---|---|---|---|---|
| BKI717PG05165Q2 | Sep 2004 / Date resolved NA | Individual | $19,374 / Liability amount NA | Status: State tax lien filed. |

0166638097

EXP/YOURKE 00181

# experian'

**Report date**
December 12, 2005
www.experian.com/disputes
Call 800 509 8495

**Page 4 of 12**

**Prepared for**
STEVEN YOURKE
**Report number**
0784734815

## Information affecting your creditworthiness

Items listed with dashes before and after the number, *for example –1–*, may have a potentially negative effect on your future credit extension and are listed first on the report.

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account information connected with some public records, such as bankruptcy, also may appear with your credit accounts listed later in this report.

## Public records

| Source/<br>Identification number | Location<br>number | Date filed/<br>Date received | Responsibility | Claim amount/<br>Liability amount | Status details |
|---|---|---|---|---|---|
| **–1– SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | SQ2004H708905 | 4-2004/<br>9-2004 | Individual | $51,655 /<br>NA | Status: Federal tax lien paid.<br>This item was verified on Nov 2005<br>and remained unchanged. |
| **–2– SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | BKH310PG0664SQ9 | 1-1999/<br>8-1999 | Individual | $129,986 /<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Nov 2005. |
| **–3– SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | SQ2000H6630519 | 6-2000/<br>10-2000 | Individual | $741,167 /<br>NA | Status: State tax lien paid.<br>This item was verified on Nov 2005<br>and remained unchanged. |
| **–4– SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | BKI315PG0583SQ2 | 1-2003/<br>6-2005 | Individual | $9,916 /<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Nov 2005. |
| **–5– SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | BKI717PG0516SQ2 | 9-2004/<br>9-2005 | Individual | $19,374 /<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Nov 2005. |

Steven R. Yourke
828 Franklin St., #706
San Francisco, California 94102
(415) 637-8102


October 27, 2005

Experian
P.O. Box 9701
Allen, Texas 75013


Re:     Experian credit report #3065482092

Dear Sir or Madam:

I have recently reviewed my Experian credit report and I would like to complain about certain
incomplete and misleading entries in the section called "Public Records" (Potentially Negative
Items).

First, the credit report indicates that one federal tax lien and four state tax liens have been filed.
All five of these liens have been released and this should be reflected in the credit report. At
present, the report shows only two liens released. I enclose certified copies of all relevant releases
on file with the San Francisco County Recorder's Officer. Please be sure to amend the credit
report accordingly.

Second, and more importantly, I never owed any taxes and never failed to pay that I owed. I
therefore request that all references to these liens be expunged from my credit report. All the
liens, without exception, were filed because I had neglected to file timely income tax returns in
certain years with the I.R.S. and with the California Franchise Tax Board. After these agencies
filed the tax liens, I filed the appropriate tax returns which indicated that I did not owe any taxes
for those years. When I filed the returns, the liens were released - all of them - without my having
to pay any taxes at all! As evidence, I present you with letters from the California Franchise Tax
Board which explain the circumstances in which the liens were filed and released.

For instance, the credit report indicates that a tax lien claim for $741,167 was filed on June 21,
2000 and released on 10/25/2000. (Identification # SQ2000H6630519) The letter from the
Franchise Tax Board states that this assessment was based on the information available at the
time because I had not filed a tax return for 1997. When I filed the delinquent return, the Tax
Board issued a Release of Lien to the San Francisco County Recorder's Office. Please note that
the letter states that ***"the total amount due including penalties and interest amounted to
$120.00."*** In fact, the entire $120.00 reflects a civil penalty for failure to file the return on time.



The same is true for the next entry (BK1315PG0583SQ2) which indicates a tax lien in the amount of $9,916 filed on 01/31/2003. That lien was also assessed based on the available information because I had not filed a tax return with the Franchise Tax Board in the years 1999 and 2000 and that when I filed the them, the lien was released. Please note that *__"the total amount due for 1999 and 2000 including penalties and interest amounted to $11.00."__*   Once again, no taxes were actually owed or paid - only $11.00 in penalties for late filing.

The last entry in the "Public Records" section indicates that a state tax lien was filed on 09/07/2004 in the amount of $19,374 for failure to file tax returns in 2001 and 2002. Upon the filing of the delinquent tax return, the lien was released on 09/23/05. Please note that *__"the total amount due for 2001 and 2002 including penalties and interest amounted to $0.00."__*

The enclosed letters clearly prove that the tax liens on the credit report do not reflect that I owed taxes and failed to pay them or failed to pay them on time. They merely reflect that I did not file timely tax returns in certain years in which I did not actually owe any taxes. Because these liens do not reflect a wrongful failure to pay income taxes, I do not think it appropriate that they should be on my credit report at all. I therefore respectfully request that all references to such liens be expunged from my credit report promptly.

Please feel free to contact me at the address and phone number indicated above.

Sincerely yours,


_____

Steven R. Yourke



Special Procedures Section
ATTN:  Lien Group
PO Box 2952
Sacramento CA  95812-2952
(916) 845-4350

10/24/05

633:195:CN

Steven Yourke
828 Franklin Street Suite 706
San Francisco CA  94102

Account No.          :
Social Security No. :
Tax Year(s)          :        2001, 2002

RE:   State Tax Lien, Certificate # 04238676067, Docket # 2004H80446700 filed on
        09/07/04.

Per your request, this letter outlines important events regarding your California State
Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 2001 and 2002
based on information available because there was no record of you filing your 2001 and
2002 California State Income Tax Returns.  Franchise Tax Board then filed a California
State Tax Lien with the San Francisco County Recorder's Office for $19,374.00.  On
11/29/04 Franchise Tax Board received your delinquent 2001 California Tax Return,
and your delinquent 2002 California Tax Return on 05/20/05.  The total amount due for
2001 and 2002 including penalties and interest amounted to $0.00.  After your account
was updated, the Franchise Tax Board issued a Release of Lien to the San Francisco
County Recorder's Office that recorded on 09/23/05.

I hope this letter will be helpful to you.

Christie N.
Lien Group



California
Franchise
Tax Board

10/24/05

Special Procedures Section
ATTN: Lien Group
PO Box 2952
Sacramento CA 95812-2952
(916) 845-4350

633:195:CN

Steven Yourke
828 Franklin Street Suite 706
San Francisco CA 94102

Account No.          :
Social Security No. :
Tax Year(s)          :          
                                    1999, 2000

RE:    State Tax Lien, Certificate # 03017387746, Docket # 2003H34924 00 filed on
         01/31/03

Per your request, this letter outlines important events regarding your California State
Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 1999 and 2000
based on information available because there was no record of you filing your 1999 and
2000 California State Income Tax Returns. Franchise Tax Board then filed a California
State Tax Lien with the San Francisco County Recorder's Office for $9,916.00. On
10/28/02 Franchise Tax Board received your delinquent 1999 California Tax Return,
and your delinquent 2000 California Tax Return on 11/29/04. The total amount due for
1999 and 2000 including penalties and interest amounted to $11.00. The payment of
$11.00 you made was sufficient to satisfy the balance due. After your account was
updated, the Franchise Tax Board issued a Release of Lien to the San Francisco
County Recorder's Office that recorded on 06/13/05.

I hope this letter will be helpful to you.

Christie N.
Lien Group



Special Procedures Section
ATTN: Lien Group
PO Box 2952
Sacramento CA  95812-2952
(916) 845-4350

10/24/05

633:195:CN

Steven Yourke
828 Franklin Street Suite 706
San Francisco CA  94102

Account No.          :
Social Security No.  :
Tax Year(s)          :          1997

RE:    State Tax Lien, Certificate # 00165000016, Docket # 2000G790853 filed on
       06/21/00.

Per your request, this letter outlines important events regarding your California State
Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 1997 based on
information available because there was no record of you filing your 1997 California
State Income Tax Return.  Franchise Tax Board then filed a California State Tax Lien
with the San Francisco County Recorder's Office for $741,167.00.  On 06/23/00
Franchise Tax Board received your delinquent 1997 California Tax Return.  The total
amount due including penalties and interest amounted to $120.00.  The payment of
$120.00 you made was sufficient to satisfy the balance due.  After your account was
updated, the Franchise Tax Board issued a Release of Lien to the San Francisco
County Recorder's Office that recorded on 10/25/00.

I hope this letter will be helpful to you.

Christie N.
Lien Group



California
Franchise
Tax Board

Special Procedures Section                                                    11/02/05
ATTN: Lien Group
PO Box 2952                                                          633:195:CN
Sacramento CA  95812-2952
(916) 845-4350


Steven Yourke
828 Franklin Street Suite 706
San Francisco CA  94102


Account No.          :
Social Security No. :
Tax Year(s)          :        1996

RE:    State Tax Lien, Certificate # 990150000?78, Docket # 99G506611 filed on
       01/28/99.

Per your request, this letter outlines important events regarding your California State
Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 1996 based on
information available because there was no record of you filing your 1996 California
State Income Tax Return.  Franchise Tax Board then filed a California State Tax Lien
with the San Francisco County Recorder's Office for $129,986.00.  On 06/14/99
Franchise Tax Board received your delinquent 1996 California Tax Return.  The total
amount due including penalties and interest amounted to $114.00.  The payment of
$114.00 you made was sufficient to satisfy the balance due.  After your account was
updated, the Franchise Tax Board issued a Release of Lien to the San Francisco
County Recorder's Office that recorded on 08/09/99.

I hope this letter will be helpful to you.



Christie N.
Lien Group

# experian·

## Before contacting us, you should carefully review this report.

### Disputing information in your report

If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit:*

## www.experian.com/disputes

Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.

STEVEN YOURKE
828 FRANKLIN STREET #706
SAN FRANCISCO CA 94102



EXHIBIT

Prepared for
STEVEN YOURKE
**Report number**
0784734815

**Report date**
November 02, 2005

www.experian.com/disputes

Page 1 of 12

## Your personal credit report

**Potentially negative items or items for further review**
The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

**Accounts in good standing**
Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

**History of your account balances**
Reports up to two years of your monthly balances on an account, if reported by your creditor.

**Requests for your credit history**
We list anyone that has reviewed your credit information in the last two years.

**Personal information**
This information is reported to us by you, your creditors and other sources.

## Other Experian credit management tools

**Score report**
Order your Experian VantageScore℠ report for only $6 by calling 1 888 322 5583.

**Credit Manager**
Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

## About Experian

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

016638097

EXP/YOURKE 00156

# experian.

**Prepared for**
STEVEN YOURKE
**Report number**
0784734815

**Report date**
November 02, 2005
www.experian.com/disputes
Call 1 800 509 8495

**Page 2 of 12**

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Public records

| | Identification | Date filed | Responsibility | Claim amount | |
|---|---|---|---|---|---|
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>*No phone number available* | *Identification number*<br>SQ2004H708905 | *Date filed*<br>Apr 2004<br>*Date resolved*<br>Sep 2004 | *Responsibility*<br>Individual | *Claim amount*<br>$51,655<br>*Liability amount*<br>NA | Status: Federal tax lien paid. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>*No phone number available* | *Identification number*<br>BKH310PG0664SQ9 | *Date filed*<br>Jan 1999<br>*Date resolved*<br>NA | *Responsibility*<br>Individual | *Claim amount*<br>$129,986<br>*Liability amount*<br>NA | Status: State tax lien filed.<br>This item was verified and updated on<br>May 2003. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>*No phone number available* | *Identification number*<br>SQ2000H663051 9 | *Date filed*<br>Jun 2000<br>*Date resolved*<br>Oct 2000 | *Responsibility*<br>Individual | *Claim amount*<br>$741,167<br>*Liability amount*<br>NA | Status: State tax lien paid. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>*No phone number available* | *Identification number*<br>BKI31SPG05835Q2 | *Date filed*<br>Jan 2003<br>*Date resolved*<br>NA | *Responsibility*<br>Individual | *Claim amount*<br>$9,916<br>*Liability amount*<br>NA | Status: State tax lien filed. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>*No phone number available* | *Identification number*<br>BK717PG051 6SQ2 | *Date filed*<br>Sep 2004<br>*Date resolved*<br>NA | | *Liability amount*<br>$19,374<br>NA | Status: State tax lien filed. |

016638097

**EXP/YOURKE 00157**

Exhibit C to Anderson Declaration,
Yourke v Experian

# experian

**Prepared for**
STEVEN YOURKE
**Report number**
0784734815

**Report date**
December 12, 2005
www.experian.com/disputes
Call 800 509 8495

**Page 1 of 12**

**Dear STEVEN YOURKE,**

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

SAN FRANCISCO CNTY REC

*PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.*

STEVEN YOURKE
828 FRANKLIN STREET #706
SAN FRANCISCO CA 94102

016663B097

SAN FRANCISCO CNTY REC

*PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.*

SAN FRANCISCO CNTY REC

*PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.*

SAN FRANCISCO CNTY REC

*PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.*

SAN FRANCISCO CNTY REC

*PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.*

A tax lien appearing on the credit report means that the government has filed a lien for past due taxes. The amount of the lien includes the original value of the lien. While you make payments to the government, the account status will remain as it appears now. Once you pay the account in full, it will show "tax lien released." This will remain on the personal credit report for seven years from the date the lien was paid or 10 years from the file date, whichever is less. An unpaid tax lien will remain for up to 10 years.

Sincerely,

Experian
NCAC
P.O. Box 9702
Allen TX 75013

**EXHIBIT**
XI SYTM440TH1

EXP/YOURKE 00178

# experian™

## Investigation results

Prepared for
STEVEN YOURKE
Report number
0784734815

Report date
December 12, 2005
www.experian.com/disputes   Page 3 of 12

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate

**Updated** - A change was made to this item; review your report to view the change

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

Visit experian.com/status to check the status of your pending disputes at any time

### If you have questions

For the fastest and easiest way to dispute visit:
**experian.com/disputes**
or call, **800 509 8495.**

Dispute services are available 24 hours a day, seven days a week.

Contact us within 90 days from the date on this report and be sure to have your report number.

**To order a copy of your Experian Credit Score,** visit **experian.com** or call **1 888 322 5583.**

**Protect and manage your credit with Credit Manager**
**www.creditexpert.com**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

EXP/YOURKE 00180

Exhibit D to Anderson Declaration,
Yourke v Experian



Steven R. Yourke, Esq.
822 Franklin St., #706
San Francisco, California 9410
(415) 637-8102

January 10, 2006

Experian - Legal Dept.

From: Steven R. Yourke, Esq., SS#: ████████; DOB: ████████
Re:    Experian Credit Report #0784734815

Dear Sir or Madam:

I have previously requested an investigation into all my liens appearing on my credit report. I have reviewed your updated report of December 12, 2005 which state the results of your investigation. According to these letters, all the liens still appear on the report although they are now correctly reported as paid. However, I am not at all satisfied with these results. I want all the liens *expunged* from the report because they do not reflect any failure on my part to pay any lawful debt. Thus ***they have no relevance to the issue of my credit worthiness***. The amounts stated for the various liens are completely incorrect as is proven by the attached documents. More precisely, the assessments were made by the State of California and the IRS based on certain incomplete information and incorrect assumptions about my income in various tax years. *I never owed any back taxes at all - get this nonsense off my credit report!*

My Experian credit report currently lists five tax liens under the section entitled Public records. Lien No. 1 is a federal tax lien in the amount of $31,65█ for the tax year 1995, Status: Paid. Lien No. 2 through No. 5 are tax liens filed by the California Franchise Tax Board in 1999, 2000, 2003 and 2004. These liens are in the amount of: $129,986, $74█, 16█, $9,916 and $19,374. I demand that all of these liens be expunged from my credit report at once on the grounds that none of them reflect any failure on my part to pay any taxes at all. *I have never owed any taxes relating to any of the five liens that appear on the credit report!*

I enclose letters from the California Franchise Tax Board that explain why they filed the four liens against me, why they were released and the amount of money, if any, that I had to pay to have them released. Please note that I never had to pay any back taxes at all, only a few dollars in penalties for tardy filing. The letters make clear that the liens were filed because I failed to file timely income tax returns with the California State Franchise Tax Board and with the IRS in certain years. When I filed the required returns, all the liens were released without my having to pay any back taxes at all. In sum, as the letters prove, the liens do not reflect any failure on my

1



part to pay any taxes at all. They merely reflect my tardiness in filing certain tax returns. As I never owed any taxes to either the IRS or the State of California, the liens do not reflect any failure on my part to pay a lawful debt and thus have no relevance to my credit worthiness and should not appear on my credit report!

I also attach a transcript from the IRS for the tax year 1995 and it proves that I never owed or paid any taxes relating to such federal tax lien. But the credit report states that I owed the IRS $51,655! This is completely ridiculous. I never owed the IRS anything for tax year 1995! Please see the IRS transcript for the tax year in question, attached hereto.

The tax assessments stated in the liens were all based on incomplete and incorrect information. When I filed the required tax forms, I provided additional documents which showed that in fact I did not owe any taxes at all for those years. Again, this is clearly proven in the attached documents.

_**All the liens are completely irrelevant to the issue of my credit worthiness and should not be reported on my credit report at all**_. Please expunge all the tax liens immediately, as they are ruining my credit. If they are not removed promptly, I shall have no alternative but to take appropriate legal action.

You may contact me at the address above. Thank you for your anticipated co-operation in this matter.

Sincerely,

Steven R. Yourke, Esq.

P.S.: Please have this letter and all attached documents included in my credit report.

P.P.S.: I have discussed this issue with various representatives and cannot seem to make them understand my point. I hope that someone in your legal department can get them to see the light and expunge these erroneous reports from my credit history!

2

EXP/YOURKE 00005



California
Franchise
Tax Board

10/24/05

Special Procedures Section
ATTN:  Lien Group
PO Box 2952
Sacramento CA  95812-2952
(916) 845-4350

633:195:CN

Steven Yourke
828 Franklin Street Suite 706
San Francisco CA  94102

Account No.            :
Social Security No. :
Tax Year(s)           :          1997

RE:   State Tax Lien, Certificate # 00165000016, Docket # 2000G790853 filed on
06/21/00

Per your request, this letter outlines important events regarding your California State
Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 1997 based on
information available because there was no record of you filing your 1997 California
State Income Tax Return.  Franchise Tax Board then filed a California State Tax Lien
with the San Francisco County Recorder's Office for $741,167.00.  On 06/23/00
Franchise Tax Board received your delinquent 1997 California Tax Return.  The total
amount due including penalties and interest amounted to $120.00.  The payment of
$120.00 you made was sufficient to satisfy the balance due.  After your account was
updated, the Franchise Tax Board issued a Release of Lien to the San Francisco
County Recorder's Office that recorded on 10/25/00.

I hope this letter will be helpful to you.

Christie N.
Lien Group



Special Procedures Section
ATTN: Lien Group
PO Box 2952
Sacramento CA  95812-2952
(916) 845-4350

10/24/05

633:195:CN

Steven Yourke
828 Franklin Street Suite 706
San Francisco CA  94102

Account No.            :
Social Security No.    :
Tax Year(s)            :     2001, 2002

RE:   State Tax Lien, Certificate # 04238676067, Docket # 2004H80446700 filed on
      09/07/04.

Per your request, this letter outlines important events regarding your California State
Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 2001 and 2002
based on information available because there was no record of you filing your 2001 and
2002 California State Income Tax Returns. Franchise Tax Board then filed a California
State Tax Lien with the San Francisco County Recorder's Office for $19,374.00. On
11/29/04 Franchise Tax Board received your delinquent 2001 California Tax Return,
and your delinquent 2002 California Tax Return on 05/20/05. The total amount due for
2001 and 2002 including penalties and interest amounted to $0.00. After your account
was updated, the Franchise Tax Board issued a Release of Lien to the San Francisco
County Recorder's Office that recorded on 09/23/05.

I hope this letter will be helpful to you.

Christie N.
Lien Group



10/24/05

Special Procedures Section
ATTN: Lien Group
PO Box 2952
Sacramento CA 95812-2952
(916) 845-4350

633:195:CN

Steven Yourke
828 Franklin Street Suite 706
San Francisco CA 94102

Account No.          :
Social Security No.  :
Tax Year(s)          :     1999, 2000

RE:   State Tax Lien, Certificate # 03017387746, Docket #2003H3492410O filed on 01/31/03

Per your request, this letter outlines important events regarding your California State Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 1999 and 2000 based on information available because there was no record of you filing your 1999 and 2000 California State Income Tax Returns. Franchise Tax Board then filed a California State Tax Lien with the San Francisco County Recorder's Office for $9,916.00. On 10/28/02 Franchise Tax Board received your delinquent 1999 California Tax Return, and your delinquent 2000 California Tax Return on 11/29/04. The total amount due for 1999 and 2000 including penalties and interest amounted to $11.00. The payment of $11.00 you made was sufficient to satisfy the balance due. After your account was updated, the Franchise Tax Board issued a Release of Lien to the San Francisco County Recorder's Office that recorded on 06/13/05.

I hope this letter will be helpful to you.

Christie N.
Lien Group



California
Franchise
Tax Board

11/02/05

Special Procedures Section
ATTN: Lien Group
PO Box 2952
Sacramento CA 95812-2952
(916) 845-4350

633:195:CN

Steven Yourke
828 Franklin Street Suite 706
San Francisco CA 94102

Account No.          :
Social Security No.  :
Tax Year(s)          :            1996

RE:   State Tax Lien, Certificate # 98015000078, Docket # 98G506611 filed on
      01/28/99.

Per your request, this letter outlines important events regarding your California State
Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 1996 based on
information available because there was no record of you filing your 1996 California
State Income Tax Return.  Franchise Tax Board then filed a California State Tax Lien
with the San Francisco County Recorder's Office for $129,986.00.  On 06/14/99
Franchise Tax Board received your delinquent 1996 California Tax Return.  The total
amount due including penalties and interest amounted to $114.00.  The payment of
$114.00 you made was sufficient to satisfy the balance due.  After your account was
updated, the Franchise Tax Board issued a Release of Lien to the San Francisco
County Recorder's Office that recorded on 08/09/99.

I hope this letter will be helpful to you.

Christie N.
Lien Group

EXP/YOURKE 00009

 Department of the Treasury
Internal Revenue Service
MEMPHIS, TN 37501-1498

Transcript Delivery System Correspondence

002240.249764.0006.001 1 MB 0.309 530

STEVEN R YOURKE
828 FRANKLIN ST APT 706
SAN FRANCISCO, CA 94102

Tracking ID: 100003469985
Date of Issue: 11-18-2005

02240

Tax Period: December, 19993

## Information about the Request We Received

In this letter, we'll report the status of the request we received.

We've enclosed the transcript or transcripts that you requested on November 18, 2005.

A transcript of account shows a summary of your tax return and subsequent actions taken. These actions could include payments, amended returns, and corrections we made to the original return due to math mistakes.

We have different types of information that we can give you about your account:

* A return transcript will show you certain line items as reported on your tax return.
* An account transcript summarizes your return and shows subsequent changes that you or we may have made.
* A record of account has detailed information on both the line items from your return and on subsequent changes.

In addition, information for current tax years is available immediately on our computer systems.

Delivery time to you depends on how you submit your request and the delivery method you select to receive the information.

We're attempting to develop a new way to allow you to access your own tax account information on-line, but we have to make sure that unauthorized individuals won't get access to on-line accounts. While we currently don't have an on-line account system, you can get account information by calling your local IRS office (listed in your telephone directory), or our national toll free number 1-800-829-0922. You can also send us a completed Form 4506, Request for Copy or Transcript of Tax Form.

If you have any questions about information contained in the transcripts or other enclosed information, please call us at the IRS telephone number listed in your local directory or at 1-800-829-0922.

EXP/YOURKE 00010

Sincerely Yours,

Bert W. DuMars,
Director, Electronic Tax Administration

Enclosures:
Account Transcript

EXP/YOURKE 00011

100003469985

**This Product Contains Sensitive Taxpayer Data**

Request Date: 11-18-2005
Response Date: 11-18-2005
IRS Employee Number: VHKFB
Tracking Number: 100003469985

## Account Transcript

FORM NUMBER: 1040A            TAX PERIOD: Dec. 31, 1995

TAXPAYER IDENTIFICATION NUMBER: 

STEVEN R YOURKE

002240            Any minus sign shown below signifies a credit amount.

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | |
| ACCRUED PENALTY: | 0.00 | AS OF: Oct. 17, 2005 |
| | | AS OF: Oct. 17, 2005 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** EXEMPTIONS:            01
** ADJUSTED GROSS
   INCOME:                2,010.00        ** FILING STATUS: Single
** TAXABLE INCOME:        0.00
   TAX PER RETURN:        0.00
** SE TAXABLE INCOME
   TAXPAYER:              0.00
** SE TAXABLE INCOME
   SPOUSE:                0.00
** TOTAL SELF
   EMPLOYMENT TAX:        0.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Sep. 28, 1998

PROCESSING DATE: Oct. 19, 1998

| CODE | EXPLANATION OF TRANSACTION | TRANSACTIONS CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | SUBSTITUTE FOR RETURN 33210-271-01599-3 | | 10-19-1998 | $0.00 |
| 173 | ESTIMATED TAX PENALTY | 199921 | 06-07-1999 | $1,539.55 |
| 290 | ADDITIONAL TAX ASSESSED 89254-538-64962-9 | 199921 | 06-07-1999 | $28,200.00 |
| 166 | LATE FILING PENALTY | 199921 | 06-07-1999 | $6,345.00 |
| 196 | INTEREST ASSESSED | 199921 | 06-07-1999 | $10,547.67 |
| 276 | FAILURE TO PAY TAX PENALTY | 199921 | 06-07-1999 | $5,358.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 199612 | | 04-15-1997 | -$335.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 08-30-2003 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCL AIMED | | 09-25-2003 | $0.00 |

100003469985

| | | | |
|---|---|---|---|
| 582 | FEDERAL TAX LIEN | 04-09-2004 | $0.00 |
| 363 | FEES AND COLLECTION COSTS | 05-10-2004 | $14.00 |
| 171 | ESTIMATED TAX PENALTY ABATED | 06-07-1999 | -$1,539.55 |
| 361 | FEES AND COLLECTION COSTS ABATED | 05-10-2004 | -$14.00 |
| 291 | PRIOR TAX ABATED<br>89254-609-00420-4 | 08-16-2004 | -$28,200.00 |
| 167 | LATE FILING PENALTY ABATED | 08-16-2004 | -$6,345.00 |
| 277 | FAILURE TO PAY TAX PENALTY ABATED | 08-16-2004 | -$5,358.00 |
| 197 | INTEREST ABATED | 08-16-2004 | -$10,547.67 |
| 820 | CREDIT TRANSFERRED | 04-15-1997 | $335.00 |
| 583 | FEDERAL TAX LIEN RELEASED | 09-10-2004 | $0.00 |

This Product Contains Sensitive Taxpayer Data

EXP/YOURKE 00013



US POSTAGE

EXPERIAN - LEGAL
P.O. Box 9556
ALLEN, TEXAS
75013

Steven R. Yourke
Attorney at Law
828 Franklin St., Suite 706
San Francisco, California 94102

# experian

**Report date**
January 26, 2006
www.experian.com/disputes
Call 800 509 8495

**Page 1 of 12**

**Prepared for**
STEVEN R YOURKE
**Report number**
3072609688

**Dear STEVEN R YOURKE,**

To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.

SAN FRANCISCO CNTY REC

PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.



‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
*************** MIXED AADC 683
0013140  2 MB 0.563 L 444
STEVEN R YOURKE
828 FRANKLIN ST APT 706
SAN FRANCISCO CA 94102-6309
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

SAN FRANCISCO CNTY REC

PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.

SAN FRANCISCO CNTY REC

PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.

SAN FRANCISCO CNTY REC

PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.

SAN FRANCISCO CNTY REC

PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.

A tax lien appearing on the credit report means that the government has filed a lien for past due taxes. The amount of the lien includes the original value of the lien. While you make payments to the government, the account status will remain as it appears now. Once you pay the account in full, it will show "tax lien released." This will remain on the personal credit report for seven years from the date the lien was paid or 10 years from the file date, whichever is less. An unpaid tax lien will remain for up to 10 years.

We store information from credit grantors, public records and other reliable sources following the guidelines in the Fair Credit Reporting Act. Your payment history is stored in the records of consumer credit reporting companies. If you believe the information in your personal credit report is inaccurate, then we will investigate and correct or remove any inaccurate information or information that cannot be verified. Accurate information cannot be changed or deleted.

**EXHIBIT**
_13_

# experian

**Prepared for**
STEVEN R YOURKE
**Report number**
307260968B

**Report date**
January 26, 2006

www.experian.com/disputes   **Page 3 of 12**

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate

**Updated** - A change was made to this item; review this report to view the change

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

**Personal information**

| | **Outcome** |
| --- | --- |
| Telephone number | Added |

Visit experian.com/status to check the status of your pending disputes at any time

### If you have questions

For the fastest and easiest way to dispute visit: experian.com/disputes or call, 800 509 8495.

Dispute services are available 24 hours a day, seven days a week.

Contact us within 90 days from the date on this report and be sure to have your report number.

**To order a copy of your Experian Credit Score,** visit experian.com or **call 1 888 322 5583.**

**Protect and manage your credit with Credit Manager,** www.creditexpert.com

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# experian

**Report date**
January 26, 2006
www.experian.com/disputes
Call 800 509 8495

**Prepared for**
STEVEN R YOURKE
**Report number**
3072609688

**Page 4 of 12**

## Information affecting your creditworthiness

Items listed with dashes before and after the number, *for example --1--,* may have a potentially negative effect on your future credit extension and are listed first on the report.

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account information connected with some public records, such as bankruptcy, also may appear with your credit accounts listed later in this report.

## Public records

| Source/ Identification number | Location number | Date filed/ Date resolved | Responsibility | Claim amount/ Liability amount | Status details |
|---|---|---|---|---|---|
| **--1-- SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | SQ2004H708905 | 4-2004/ 9-2004 | Individual | $51,655 / NA | Status: Federal tax lien paid. This item was verified on Nov 2005 and remained unchanged. |
| **--2-- SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | BKH310PG0664SQ9 | 1-1999/ 8-1999 | Individual | $129,986 / NA | Status: State tax lien paid. This item was verified and updated on Nov 2005. |
| **--3-- SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | SQ2000H663051 9 | 6-2000/ 10-2000 | Individual | $741,167 / NA | Status: State tax lien paid. This item was verified on Nov 2005 and remained unchanged. |
| **--4-- SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | BKI315PG05835Q2 | 1-2003/ 6-2005 | Individual | $9,916 / NA | Status: State tax lien paid. This item was verified and updated on Nov 2005. |
| **--5-- SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | BKI717PG05165Q2 | 9-2004/ 9-2005 | Individual | $19,374 / NA | Status: State tax lien paid. This item was verified and updated on Nov 2005. |

# experian.

**Before contacting us, you should carefully review this report.**

## Disputing information in your report

If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit*

## www.experian.com/disputes

Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.

STEVEN R YOURKE
828 FRANKLIN STREET #706
SAN FRANCISCO CA 94102

0166639097

r prepared for
STEVEN R YOURKE
**Report number**
3072609688

**Report date**
January 31, 2006

www.experian.com/disputes

**Page 1 of 12**

EXP/YOURKE 00208

## Your personal credit report

### Potentially negative items or items for further review
The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

### Accounts in good standing
Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

### History of your account balances
Reports up to two years of your monthly balances on an account, if reported by your creditor.

### Requests for your credit history
We list anyone that has reviewed your credit information in the last two years.

### Personal information
This information is reported to us by you, your creditors and other sources.

## Other Experian credit management tools

### Score report
Order your Experian PLUS score report for only $6 by calling 1 888 322 5583.

### Credit Manager
Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

## About Experian

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

EXHIBIT

Qly 14

# experian

**Report data**
January 31, 2006
www.experian.com/disputes
Call 1 800 509 8495

**Prepared for**
STEVEN R YOURKE
**Report number**
3072609688

Page 2 of 12

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years.

A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Public records

| | | | | |
|---|---|---|---|---|
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | *Identification number*<br>SQ2000H708905 | *Date filed*<br>Apr 2004<br>*Date resolved*<br>Sep 2004 | *Responsibility*<br>Individual | *Claim amount*<br>$51,655<br>*Liability amount*<br>NA | Status: Federal tax lien paid.<br>This item was verified on Nov 2005<br>and remained unchanged. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | *Identification number*<br>BKH310PG0664SQ9 | *Date filed*<br>Jan 1999<br>*Date resolved*<br>Aug 1999 | *Responsibility*<br>Individual | *Claim amount*<br>$129,986<br>*Liability amount*<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Nov 2005. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | *Identification number*<br>SQ2000H6630519 | *Date filed*<br>Jun 2000<br>*Date resolved*<br>Oct 2000 | *Responsibility*<br>Individual | *Claim amount*<br>$741,167<br>*Liability amount*<br>NA | Status: State tax lien paid.<br>This item was verified on Nov 2005<br>and remained unchanged. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | *Identification number*<br>BK315PG0583SQ2 | *Date filed*<br>Jan 2003<br>*Date resolved*<br>Jun 2005 | *Responsibility*<br>Individual | *Claim amount*<br>$9,916<br>*Liability amount*<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Nov 2005. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | *Identification number*<br>BK717PG05165Q2 | *Date filed*<br>Sep 2004<br>*Date resolved*<br>Sep 2005 | *Responsibility*<br>Individual | *Claim amount*<br>$19,374<br>*Liability amount*<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Nov 2005. |

EXP/YOURKE 00209

Exhibit E to Anderson Declaration,
Yourke v Experian

# experian™

**Before contacting us, you should carefully review this report.**

## Disputing information in your report

If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit:*

## www.experian.com/disputes

**Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.**

STEVEN R YOURKE
828 FRANKLIN STREET #706
SAN FRANCISCO CA 94102

016638097

---

**Prepared for**
STEVEN R YOURKE
**Report number**
2134910285

**Report date**
February 14, 2006

www.experian.com/disputes

Page 1 of 12

## Your personal credit report

### Potentially negative items or items for further review

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

### Accounts in good standing

Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

### History of your account balances

Reports up to two years of your monthly balances on an account, if reported by your creditor.

### Requests for your credit history

We list anyone that has reviewed your credit information in the last two years.

### Personal Information

This information is reported to us by you, your creditors and other sources.

## Other Experian credit management tools

### Score report

Order your Experian PLUS score report for only $6 by calling 1 888 322 5583.

### Credit Manager

Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

## About Experian

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

EXHIBIT
Celf 15

EXP/YOURKE 00016

# experian

**Prepared for**
STEVEN R YOURKE
**Report number**
2134910285

**Report date**
February 14, 2006
www.experian.com/disputes
Call 1 800 509 8495

Page 2 of 12

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Public records

| | Identification number | Date filed | Responsibility | Claim amount / Liability amount | Status |
|---|---|---|---|---|---|
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | SQ2004H7089O5 | Date filed<br>Apr 2004<br>Date resolved<br>Sep 2004 | Responsibility<br>Individual | Claim amount<br>$51,655<br>Liability amount<br>NA | Status: Federal tax lien paid.<br>This item was verified on Nov 2005<br>and remained unchanged. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | BKH3110PG0664SO29 | Date filed<br>Jan 1999<br>Date resolved<br>Aug 1999 | Responsibility<br>Individual | Claim amount<br>$129,986<br>Liability amount<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Nov 2005. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | SQ2000H6630519 | Date filed<br>Jun 2000<br>Date resolved<br>Oct 2000 | Responsibility<br>Individual | Claim amount<br>$741,167<br>Liability amount<br>NA | Status: State tax lien paid.<br>This item was verified on Nov 2005<br>and remained unchanged. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | BKI315FG0583SQ2 | Date filed<br>Jan 2003<br>Date resolved<br>Jun 2005 | Responsibility<br>Individual | Claim amount<br>$9,916<br>Liability amount<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Nov 2005. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | BKI717PG0516SQ2 | Date filed<br>Sep 2004<br>Date resolved<br>Sep 2005 | Responsibility<br>Individual | Claim amount<br>$19,374<br>Liability amount<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Nov 2005. |

016638097



February 14, 2006

Steven Yourke
828 Franklin Street #706
San Francisco, CA 94102

RE:  Your personal credit report

Dear Mr. Yourke:

A consumer reporting agency shall follow reasonable procedures to ensure the maximum possible accuracy of the information whenever it prepares a consumer report.  Experian, as a credit reporting agency, assembles, stores, and reports credit information as reported to us from credit grantors who subscribe to our service and from selected public records.  The credit report indicates the consumer's willingness and ability to repay their financial obligations in a timely manner.  It does not specify that these obligations are extensions of credit, but instead financial responsibilities.  The FCRA, under obsolete information, specifies how long a credit reporting agency may report tax liens.  Therefore, by this requirement being enacted it specifies that credit reporting agencies may report tax lien information on a consumer credit profile.

Because a tax lien was rendered against you, it is part of public records and may be reflected on the credit report.  Therefore, we must respectfully decline your request to remove the tax lien from your personal credit report.  Please note that unpaid tax liens may remain on the credit report indefinitely. Experian has chosen to keep unpaid tax liens on file for a period of 15 years.  Paid or released tax liens, however, only remain on file for 7 years from the date they were paid or released.

Please note that Blacks Law Dictionary defines release as *to discharge a claim one has against another*.  It does not state that the debt has been released by payment of a claim.

Thank you for allowing me to assist you in this matter.

Sincerely,

Carrie Higginbotham
Specialist
Consumer Affairs Special Services
972 390 4016

