Attachment 2 to Decl of Mark
F Anderson (Opp to Summ Jmt)
*Yourke v Experian*

Exhibit F to Anderson Declaration,
Yourke v Experian

# experian

**Before contacting us, you should carefully review this report.**

## Disputing information in your report

If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit:*

## www.experian.com/disputes

**Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.**

STEVEN YOURKE
828 FRANKLIN STREET #706
SAN FRANCISCO CA 94102

016638097

---

**Prepared for**
STEVEN YOURKE
**Report number**
3880417867

**Report date**
February 22, 2006

www.experian.com/disputes

Page 1 of 12

## Your personal credit report

### Potentially negative items or items for further review
The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgements. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

### Accounts in good standing
Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

### History of your account balances
Reports up to two years of your monthly balances on an account, if reported by your creditor.

### Requests for your credit history
We list anyone that has reviewed your credit information in the last two years.

### Personal information
This information is reported to us by you, your creditors and other sources.

## Other Experian credit management tools

### Score report
Order your Experian VantageScore℠ report for only $6 by calling 1 888 322 5583.

### Credit Manager
Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

## About Experian

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

EXP/YOURKE 00232

EXHIBIT 18

# experian.

**Prepared for**
STEVEN YOURKE

**Report number**
3880417867

**Report date**
February 22, 2006

www.experian.com/disputes
Call 1 800 509 8495

**Page 2 of 12**

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Public records

| | Identification | Date | Responsibility | Claim amount / Liability amount | Status |
|---|---|---|---|---|---|
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>*No phone number available* | Identification number<br>SQ2004H708905 | Date filed<br>Apr 2004<br>Date resolved<br>Sep 2004 | Responsibility<br>Individual | Claim amount<br>$51,655<br>Liability amount<br>NA | Status: Federal tax lien paid.<br>This item was verified on Nov 2005<br>and remained unchanged. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>*No phone number available.* | Identification number<br>BKH310PG0664SQ29 | Date filed<br>Jan 1999<br>Date resolved<br>Aug 1999 | Responsibility<br>Individual | Claim amount<br>$129,986<br>Liability amount<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Nov 2005. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>*No phone number available* | Identification number<br>SQ2000H66305 19 | Date filed<br>Jun 2000<br>Date resolved<br>Oct 2000 | Responsibility<br>Individual | Claim amount<br>$741,167<br>Liability amount<br>NA | Status: State tax lien paid.<br>This item was verified on Nov 2005<br>and remained unchanged. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>*No phone number available* | Identification number<br>BKI31SPG0583SQ2 | Date filed<br>Jan 2003<br>Date resolved<br>Jun 2005 | Responsibility<br>Individual | Claim amount<br>$9,916<br>Liability amount<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Nov 2005. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>*No phone number available* | Identification number<br>BKI717PG05I6SQ2 | Date filed<br>Sep 2004<br>Date resolved<br>Sep 2005 | Responsibility<br>Individual | Claim amount<br>$19,374<br>Liability amount<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Nov 2005. |

0166638097

EXP/YOURKE 00233

Exhibit G to Anderson Declaration,
Yourke v Experian



Steven R. Yourke, Esq.
828 Franklin Street., #706
San Francisco, California 94102
(415) 637-8102

February 28, 2006

M█████ Carrie Higgenbotham██████

Experian Information Services, Inc.
Consumer Affairs Special Services
P. O. Box 1240
Allen, Texas 75013

Dear Ms. Higgenbotham:

I enclose true and complete copies of certain documents just provided to me by the California Franchise Tax Board. These tax summaries contain computations listing all tax liabilities, penalties, etc. that applied to certain relevant tax years. Together with the various documents I have already provided you, these summaries prove beyond any doubt that I never owed any taxes at all to the State of California relating to any of the various tax liens which appear on my Experian credit report. If you have any questions about the documents, I suggest you contact Christie Norwood at the California Franchise Tax Board at (916) 845-4350.

Sincerely,

Steven R. Yourke, Esq.

EXHIBIT
19
FALCON-DALLAS, TX

EXP/YOURKE 00028

916 845 0294    P.01



STATE OF CALIFORNIA

\NCHISE TAX BOARD
;OX 2952
RAMENTO CA 95812-2952

Date:   02/27/06

# FACSIMILE TRANSMITTAL COVER SHEET

**CONFIDENTIALITY NOTE:**

This telecopy may contain confidential and/or legally privileged information and is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, the employee, or agent responsible for delivering this telecopy to the intended recipient, be advised that any copying, dissemination, distribution, unauthorized inspection, or disclosure of information from this telecopy is prohibited. Persons disclosing confidential information are subject to penalties under applicable laws.

If you have received this telecopy in error, please notify the sender immediately by telephone and mail the entire facsimile message back to us at the address listed above.

Please deliver the following page(s)

**TO:**

| | |
|---|---|
| NAME | : <u>STEVE YOURKE</u> |
| FIRM/UNIT | : _____ |
| FAX NO. | : <u>415-353-5730</u> |
| PHONE NO. | : _____ |
| RE | : _____ |

**FROM:**

| | |
|---|---|
| NAME | : <u>CHRISTIE N</u> |
| FIRM/UNIT | : <u>FRANCHISE TAX BOARD</u> |
| FAX NO. | : <u>916-845-4389</u> |
| PHONE NO. | : <u>(916) 845-4350</u> |

Number of pages FAXED:  6 (includes this page)

Hard copy:   ☐ will follow
             ☐ will not follow

Comments:

_____

B 7091 ARCS (REV 06-1999)

EXP/YOURKE 00029

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 2952
SACRAMENTO CA  95812-2952

Account No        :
Date              :
Tax Year(s)       :                    **February 23, 2006**
                                        **1996**

LETTER ID: EC 06-00023894 MAKER: 322:95:CLN

STEVEN R YOURKE
828 FRANKLIN ST #706
SAN FRANCISCO CA 94102-6309

In response to your recent communication, the following is a summary of
your personal income tax account with the State of California.

| ITEM NAME | DATE | DEBITS | CREDITS |
|---|---|---|---|
| Total Tax Liability | 04/15/1997 | | |
| Tax Withheld | 04/15/1997 | $0.00 | |
| Bill Payment | 07/27/1999 | | 0.00 |
| Collection Fee | | | 114.00 |
| County Lien Fee | | 103.00 | |
| | | 11.00 | |
| Total Credit | | | |
| Total Debit | | | 114.00 |
| | | $114.00 | |
| Total Balance | | | $0.00 |

The above computation lists all tax liabilities, penalties, fees,
interest, and payments that we have applied to the tax year shown (as of
the date of this letter).  If there is a balance due, interest will
continue to accrue until you pay the balance in full.


CHRISTIE N
Authorized Representative


We are mailing a copy of this letter to each taxpayer listed above because
this information applies to a joint tax year(s).

## ASSISTANCE

e Bankruptcy Section's telephone service is available Monday through
day, between 7:30 a.m. and 4:30 p.m.
  Bankruptcy Section Telephone............(916) 845-4750
  Bankruptcy Section Facsimile...............(916) 845-6786

The Lien Unit's telephone service is available Monday through Friday,
between 8:00 a.m. and 5:00 p.m.
  Lien Unit Telephone.....................(916) 845-4350
  Lien Unit Facsimile......................(916) 845-4389

Decedent Collection Group..................................................(916) 845-3048
Website at:  www.ftb.ca.gov

istance for persons with disabilities: We comply with the Americans with Disabilities Act.  Persons with hearing or speech impairments, please
TTY/TDD (800) 822-6268.

4046B MEO (REV 05-2000)

EXP/YOURKE 00030

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812-2952

Account No    :
Date          :   **February 23, 2006**
Tax Year(s)   :   **1997**

LETTER ID: EC 06-00023895 MAKER: 322:95:CLN

STEVEN R YOURKE
828 FRANKLIN ST #706
SAN FRANCISCO CA 94102-6309

In response to your recent communication, the following is a summary of
your personal income tax account with the State of California.

| ITEM NAME | DATE | DEBITS | CREDITS |
|---|---|---|---|
| Total Tax Liability | 04/15/1998 | | |
| Tax Withheld | 04/15/1998 | $0.00 | |
| Bill Payment | 08/31/2000 | | 0.00 |
| Collection Fee | | 109.00 | 120.00 |
| County Lien Fee | | 11.00 | |
| Total Credit | | | 120.00 |
| Total Debit | | $120.00 | |
| Total Balance | | | $0.00 |

The above computation lists all tax liabilities, penalties, fees,
interest, and payments that we have applied to the tax year shown (as of
the date of this letter). If there is a balance due, interest will
continue to accrue until you pay the balance in full.

CHRISTIE N
Authorized Representative

We are mailing a copy of this letter to each taxpayer listed above because
this information applies to a joint tax year(s).

## ASSISTANCE

The Bankruptcy Section's telephone service is available Monday through
Friday, between 7:30 a.m. and 4:30 p.m.
Bankruptcy Section Telephone.............(916) 845-4750
Bankruptcy Section Facsimile.............(916) 845-6796

The Lien Unit's telephone service is available Monday through Friday,
between 8:00 a.m. and 5:00 p.m.
Lien Unit Telephone......................(916) 845-4350
Lien Unit Facsimile......................(916) 845-4389

Decedent Collection Group.................................................(916) 845-3048
Website at: www.ftb.ca.gov

Assistance for persons with disabilities: We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments, please
TTY/TDD (800) 822-6268.

4046B MEO (REV 05-2000)

EXP/YOURKE 00031



FRANCHISE TAX BOARD

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA  95812-2952

916 845 0294    P.04

| | |
|---|---|
| Account No | : |
| Date | : |
| Tax Year(s) | : February 23, 2006 |
| | 2002 |

LETTER ID: EC 06-00023898 MAKER: 322:95:CLN


STEVEN R YOURKE
828 FRANKLIN ST #706
SAN FRANCISCO CA 94102-6309


In response to your recent communication, the following is a summary of your personal income tax account with the State of California.

| ITEM NAME | DATE | DEBITS | CREDITS |
|---|---|---|---|
| Total Tax Liability | 04/15/2003 | $0.00 | |
| Tax Withheld | 04/15/2003 | | 0.00 |
| County Lien Fee | | 11.00 | |
| FTB Adjustment* | 07/27/2005 | | 11.00 |
| Total Credit | | | 11.00 |
| Total Debit | | $11.00 | |
| Total Balance | | | $0.00 |

*Note: Franchise Tax Board (FTB) may adjust an account when the processing costs exceed the amount of the adjustment.

The above computation lists all tax liabilities, penalties, fees, interest, and payments that we have applied to the tax year shown (as of the date of this letter).  If there is a balance due, interest will continue to accrue until you pay the balance in full.


CHRISTIE N
Authorized Representative


## ASSISTANCE

The Bankruptcy Section's telephone service is available Monday through Friday, between 7:30 a.m. and 4:30 p.m.
   Bankruptcy Section Telephone.............(916) 845-4750
   Bankruptcy Section Facsimile.............(916) 845-6786

The Lien Unit's telephone service is available Monday through Friday, between 8:00 a.m. and 5:00 p.m.
   Lien Unit Telephone.......................(916) 845-4350
   Lien Unit Facsimile......................(916) 845-4389

Decedent Collection Group........................................................(916) 845-3048
Website at: www.ftb.ca.gov

...ce for persons with disabilities: We comply with the Americans with Disabilities Act.  Persons with hearing or speech impairments, please
TTY/TDD (800) 822-6268.

9 4046B MEO (REV 05-2000)

EXP/YOURKE 00032

**Steven R. Yourke**
*Attorney at Law*
828 Franklin St., Suite 706
San Francisco, California 94102

SAN FRANCISCO CA 941 2 T
28. FEB. 2006. PM.



75013+1240

Ms. Carrie Higgenbotham
Experian Information Services, Inc.
Consumer Affairs Special Services
P. O. Box 1240
Allen, Texas 75013

EXP/YOURKE 00032

Exhibit H to Anderson Declaration,
Yourke v Experian

Steven R. Yourke, Esq.
828 Franklin Street., #706
San Francisco, California 94102
(415) 637-8102

March 1, 2006

Ms. Carrie Higginbotham
Experian Information Services, Inc.
Consumer Affairs Special Services
P. O. Box 1240
Allen, Texas 75013

Dear Ms. Higginbotham:

I enclose true and complete copies of certain documents just provided to me by the California Franchise Tax Board. These tax summaries contain computations listing all tax liabilities, penalties, etc. that applied to certain relevant tax years. Together with the various documents I have already provided you, these summaries prove beyond any doubt that I never owed any taxes at all to the State of California relating to any of the various tax liens which appear on my Experian credit report. If you have any questions about the documents, I suggest you contact Christie Norwood at the California Franchise Tax Board at (916) 845-4350.

Sincerely,

Steven R. Yourke, Esq.

P.S.: Yesterday, I sent you the Franchise Tax Board's computations for tax years 1996, 1997 and 2002. Today, the Franchise Tax Board faxed me additional computations for 1999, 2000 and 2001. I now send you all the computations so that you will receive a complete set at one time. These computations prove beyond any doubt that I did not owe any state taxes at all for any of the tax years for which the State Franchise Tax Board filed liens against me, i.e., 1996, 1997, 1999, 2000, 2001 and 2002. I have previously provided you with documentation that proves that I did not owe any federal taxes for tax year 1995, the year for which a federal tax lien was filed.



FRANCHISE TAX BOARD

916 845 0294 P.01/03

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812-2952



Date: 03/01/06

# FACSIMILE TRANSMITTAL COVER SHEET

**CONFIDENTIALITY NOTE:**

This telecopy may contain confidential and/or legally privileged information and is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, the employee, or agent responsible for delivering this telecopy to the intended recipient, be advised that any copying, dissemination, distribution, unauthorized inspection, or disclosure of information from this telecopy is prohibited. Persons disclosing confidential information are subject to penalties under applicable laws.

If you have received this telecopy in error, please notify the sender immediately by telephone and mail the entire facsimile message back to us at the address listed above.

Please deliver the following page(s)

**TO:**

| | | |
|---|---|---|
| NAME | : | STEVEN YOURKE |
| FIRM/UNIT | : | ____ |
| FAX NO. | : | 415-353-5730 |
| PHONE NO. | : | ____ |
| RE | : | TAX COMPUTATION |

**FROM:**

| | | |
|---|---|---|
| NAME | : | CHRISTIE |
| FIRM/UNIT | : | FRANCHISE TAX BOARD |
| FAX NO. | : | 916-845-4389 |
| PHONE NO. | : | (916) 845-4350 |

Number of pages FAXED: 3 (includes this page)

Hard copy  ☒ will follow
☐ will not follow

Comments:
____

3 7091 ARCS (REV 09-1999)

EXP/YOURKE 00039



STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 2952
SACRAMENTO CA 95812-2952

Account No      :
Date            :                    March 1, 2006
Tax Year(s)     :
                                     2000

LETTER ID: EC 06-00026504 MAKER: 322:95:CLN

STEVEN R YOURKE
828 FRANKLIN ST #706
SAN FRANCISCO CA 94102-6309

In response to your recent communication, the following is a summary of
your personal income tax account with the State of California.

| ITEM NAME | DATE | DEBITS | CREDITS |
|---|---|---|---|
| Total Tax Liability | | | |
| Tax Withheld | 04/15/2001 | $0.00 | |
| Bill Payment | 04/15/2001 | | 0.00 |
| County Lien Fee | 04/28/2005 | | 11.00 |
| Total Credit | | 11.00 | |
| Total Debit | | $11.00 | 11.00 |
| Total Balance | | | $0.00 |

The above computation lists all tax liabilities, penalties, fees,
interest, and payments that we have applied to the tax year shown (as of
the date of this letter).  If there is a balance due, interest will
continue to accrue until you pay the balance in full.

CHRISTIE N
Authorized Representative

---

**ASSISTANCE**

s Bankruptcy Section's telephone service is available Monday through
day, between 7:30 a.m. and 4:30 p.m.
Bankruptcy Section Telephone.............(916) 845-4750
Bankruptcy Section Facsimile.............(916) 845-6786

Decedent Collection Group...................................................... (916) 845-3048
Website at: **www.ftb.ca.gov**

The Lien Unit's telephone service is available Monday through Friday,
between 8:00 a.m. and 5:00 p.m.
Lien Unit Telephone................... (916) 845-4350
Lien Unit Facsimile................... (916) 845-4389

ance for persons with disabilities: We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments, please
Y/TDD (800) 822-6268.

I 4048B MEO (REV 05-2000)

EXP/YOURKE 00040



**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**

**TAX COMPUTATION GUIDE**

ACCOUNT NUMBER

🔘 Personal Income Tax

⚪ Estates and Trusts

| | NAME<br>Steven R Yourke | | | REPLY REFER TO<br>195cln |
|---|---|---|---|---|
| | TAXABLE YEAR<br>2001 | TAXABLE YEAR<br>1999 | TAXABLE YEAR | TAXABLE YEAR |
| | DUE DATE<br>04/15/02 | DUE DATE<br>04/15/00 | DUE DATE | DUE DATE |
| | FILED DATE<br>11/29/04 | FILED DATE<br>10/28/02 | FILED DATE | FILED DATE |
| Tax per Return | $0.00 | $0.00 | | |
| Tax per Amended Return | | | | |
| Tax per NPA | | | | |
| Penalty -- Delinquent Filing | $0.00 | $0.00 | | |
| Penalty -- Underpayment of Tax | $0.00 | $0.00 | | |
| Penalty -- Estimate | $0.00 | $0.00 | | |
| Penalty -- Failure to Furnish Information | $0.00 | $0.00 | | |
| Penalty -- Demand | $0.00 | $0.00 | | |
| Interest | $0.00 | $0.00 | | |
| Collection Fees | $0.00 | $0.00 | | |
| Lien Fees | $0.00 | $0.00 | | |
| Filing Enforcement Fees | $0.00 | $0.00 | | |
| Other 1 -- (see comments below) | | | | |
| Other 2 -- (see comments below) | | | | |
| **Total** | $0.00 | $0.00 | $0.00 | $0.00 |

**PAYMENTS/CREDITS:**

| DESCRIPTION | DATE | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Total Payments Applied (Side 1) | | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Payments Applied (Side 1 & 2) | | | | | |
| Overpayment | | | | | |
| Total Balance Due as of: | | | | | |

See enclosed insert for penalty and interest explanation

**TELEPHONE AND INTERNET ASSISTANCE**
From within the United States, call - (800) 852-5711 - From outside the United States, call (not toll free) - (916) 845-6500
Website at: www.ftb.ca.gov
Assistance for persons with disabilities: We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments please
TTY/TDD (800) 822-6268.

8719 (REV 03-2004) SIDE 1

**EXP/YOURKE 00041**

TOTAL P.03



Ms. Carrie Higginbotham
Experian Information Services, Inc.
Consumer Affairs Special Services
P. O. Box 1240
Allen, Texas 75013

EXP/YOURKE 00042

Exhibit J to Anderson Declaration,
Yourke v Experian

Steven R. Yourke, Esq.
828 Franklin St., #706
San Francisco, California 94102
(415) 637-8102



March 23, 2006

Ms. Kristen Ransom
Experian - Special Handling
P.O. Box 1240
Allen, Texas 75013

Re:    Credit Report No. 3072609688

Dear Ms. Ransom:

I write to express my extreme dissatisfaction with the way Experian is dealing with my complaints about my credit report. My complaints are currently being handled by Ms. Carrie Higginbotham, an agent in whom I have no confidence whatsoever and who refuses to communicate with me about the most basic issues. I have left several messages on your voice mail complaining about Ms. Higginbotham and asking you to call me to discuss the problem. However, you have not returned any of my phone messages. I can only assume that you have refused to discuss my problems about the credit report and Ms. Higginbotham. Therefore, I am putting my complaints in writing and directing the matter to your attention. I request that you look into my complaints personally.

My credit report list five tax liens in the "Public Records" section, items 1 through 5. Number 1 is a federal tax lien filed against me by the IRS; numbers 2 - 5 are state tax liens filed against me by the California Franchise Tax Board (CFTB) All of these liens were filed against me because I had neglected to file timely income tax returns in certain years. Assessments were made based upon incomplete information and are wildly inaccurate. When I finally filed the required income tax returns, they showed that I did not actually owe any taxes at all relating to any of the tax liens. Upon my filing the belated tax returns, the liens were all released and I never had to pay a single penny in back taxes, penalties or interest. In a couple of instances, I did pay a trivial amount to the CFTB for "collection costs", i.e., the costs to the CFTB of trying to collect the taxes they thought I owed them. However, at no time did I fail to pay any lawful debt at all. The liens were all satisfied and released upon my filing the required tax returns with the appropriate agencies.

I have provided ample documentation to Experian to prove that I never owed any back taxes at all relating to any of the liens. These include tax computations from the IRS and the CFTB and letters



EXP/YOURKE 00044

of explanation from Ms. Cristie Norwood who heads the personal income tax lien department and the CFTB. These official documents state explicitly that I did not owe any taxes at all relating to any of the tax liens that appear on my report. Yet Higginbotham refuses to consider these documents, saying they lack "authentication". When I ask he what she means by "authentication" she refuses to explain. I have invited Higginbotham to contact Ms. Norwood to discuss the matter with her  To date, Higginbotham has not done so. Higginbotham's failure to contact Norwood is simply inexcusable.

The tax liens are all reported as having been "paid". This is incorrect. I never paid any money to have the liens removed. Again, the liens were satisfied by the filing of the tax returns without any payment at all. The credit report shows that the amount of the "claim / liability" ranged from $9916 (#4) to $741,167 (#3). These figures are wildly inaccurate as no money was ever actually owed or paid. Please note that Section 605(a)(3) of the Fair Credit Reporting Act applies only to "paid" liens, not liens that were satisfied and released without payment..

I have been denied credit on a loan application from Wells Fargo Bank because of the misleading tax liens.

Both Equifax and Trans-Union have removed the misleading tax liens from my credit report based on the documents I provided them but Experian refuses to do so.

I anticipate that I shall have to take legal action against Experian to have these misleading liens removed. If I do, I shall certainly include both Higginbotham and you as defendants for failing to take reasonable action to investigate my complaints and remove the misleading negative information.

Also, I should mention that credit items # 6 (Asset Acceptance) and #11 (Providian) are redundant and one or the other should be removed. Of course, Higginbotham refuses to do so.

I am truly disgusted at the way my complaints have been handled. I have tried to remove this misleading information for more than five months now without any success. I just wonder what a jury will have to say when they have considered the matter.

Sincerely,

Steven R. Yourke

EXP/YOURKE 00045



Department of the Treasury
Internal Revenue Service
MEMPHIS, TN 37501-1498

Transcript Delivery System Correspondence

Tracking ID: 100003469985
Date of Issue: 11-18-2005

002240.249764.0006.001 1 MB 0.309 530



STEVEN R YOURKE
828 FRANKLIN ST APT 706
SAN FRANCISCO, CA 94102

002240

Tax Period: December, 1995

## Information about the Request We Received

In this letter, we'll report the status of the request we received.

We've enclosed the transcript or transcripts that you requested on November 18, 2005.

A transcript of account shows a summary of your tax return and subsequent actions taken. These actions could include payments, amended returns, and corrections we made to the original return due to math mistakes.

We have different types of information that we can give you about your account:

* A return transcript will show you certain line items as reported on your tax return.
* An account transcript summarizes your return and shows subsequent changes that you or we may have made.
* A record of account has detailed information on both the line items from your return and on subsequent changes.

In addition, information for current tax years is available immediately on our computer systems.

Delivery time to you depends on how you submit your request and the delivery method you select to receive the information.

We're attempting to develop a new way to allow you to access your own tax account information on-line, but we have to make sure that unauthorized individuals won't get access to on-line accounts. While we currently don't have an on-line account system, you can get account information by calling your local IRS office (listed in your telephone directory), or our national toll free number 1-800-829-0922. You can also send us a completed Form 4506, Request for Copy or Transcript of Tax Form.

If you have any questions about information contained in the transcripts or other enclosed information, please call us at the IRS telephone number listed in your local directory or at 1-800-829-0922.

EXP/YOURKE 00046

100003469985
**This Product Contains Sensitive Taxpayer Data**

Request Date: 11-18-2005
Response Date: 11-18-2005
IRS Employee Number: VHKFB
Tracking Number: 100003469985

## Account Transcript

FORM NUMBER: 1040A          TAX PERIOD: Dec. 31, 1995

TAXPAYER IDENTIFICATION NUMBER: 

STEVEN R YOURKE

002260

Any minus sign shown below signifies a credit amount.

```
ACCOUNT BALANCE:            0.00
ACCRUED INTEREST:           0.00          AS OF: Oct. 17, 2005
ACCRUED PENALTY:            0.00          AS OF: Oct. 17, 2005

ACCOUNT BALANCE
PLUS ACCRUALS:              0.00

** EXEMPTIONS:              01            ** FILING STATUS: Single
** ADJUSTED GROSS
   INCOME:                  2,010.00
** TAXABLE INCOME:          0.00
   TAX PER RETURN:          0.00
** SE TAXABLE INCOME
   TAXPAYER:                0.00
** SE TAXABLE INCOME
   SPOUSE:                  0.00
** TOTAL SELF
   EMPLOYMENT TAX:          0.00
```

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Sep. 28, 1998

PROCESSING DATE: Oct. 19, 1998

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150  | SUBSTITUTE FOR RETURN 33210-271-01399-8 | | 10-19-1998 | $0.00 |
| 173  | ESTIMATED TAX PENALTY | 199921 | 06-07-1999 | $1,539.55 |
| 290  | ADDITIONAL TAX ASSESSED 89254-538-64962-9 | 199921 | 06-07-1999 | $28,200.00 |
| 166  | LATE FILING PENALTY | 199921 | 06-07-1999 | $6,345.00 |
| 196  | INTEREST ASSESSED | 199921 | 06-07-1999 | $10,547.67 |
| 276  | FAILURE TO PAY TAX PENALTY | 199921 | 06-07-1999 | $5,358.00 |
| 706  | OVERPAID CREDIT APPLIED 1040 199612 | | 04-15-1997 | -$335.00 |
| 971  | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 08-30-2003 | $0.00 |
| 971  | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | 09-25-2003 | $0.00 |

100003469985

| | | | |
|---|---|---|---|
| 582 | FEDERAL TAX LIEN | 04-09-2004 | $0.00 |
| 363 | FEES AND COLLECTION COSTS | 05-10-2004 | $14.00 |
| 171 | ESTIMATED TAX PENALTY ABATED | 06-07-1999 | -$1,539.55 |
| 361 | FEES AND COLLECTION COSTS ABATED | 05-10-2004 | -$14.00 |
| 291 | PRIOR TAX ABATED 89254-609-00420-4 | 08-16-2004 | -$28,200.00 |
| 167 | LATE FILING PENALTY ABATED | 08-16-2004 | -$6,345.00 |
| 277 | FAILURE TO PAY TAX PENALTY ABATED | 08-16-2004 | -$5,358.00 |
| 197 | INTEREST ABATED | 08-16-2004 | -$10,547.67 |
| 820 | CREDIT TRANSFERRED | 04-15-1997 | $335.00 |
| 583 | FEDERAL TAX LIEN RELEASED | 09-10-2004 | $0.00 |

*estimated taxes*

*statement*

This Product Contains Sensitive Taxpayer Data

EXP/YOURKE 00048

916 845 0294          P.03/03



STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**

**TAX COMPUTATION GUIDE**

ACCOUNT NUMBER

| | NAME Steven R Yourke | | | REPLY REFER TO 195cln |
|---|---|---|---|---|
| ● Personal Income Tax | TAXABLE YEAR 2001 | TAXABLE YEAR 1999 | TAXABLE YEAR | TAXABLE YEAR |
| ○ Estates and Trusts | DUE DATE 04/15/02 | DUE DATE 04/15/00 | DUE DATE | DUE DATE |
| | FILED DATE 11/29/04 | FILED DATE 10/28/02 | FILED DATE | FILED DATE |
| Tax per Return | $0.00 | $0.00 | | |
| Tax per Amended Return | | | | |
| Tax per NPA | | | | |
| Penalty -- Delinquent Filing | $0.00 | $0.00 | | |
| Penalty -- Underpayment of Tax | $0.00 | $0.00 | | |
| Penalty -- Estimate | $0.00 | $0.00 | | |
| Penalty -- Failure to Furnish Information | $0.00 | $0.00 | | |
| Penalty -- Demand | $0.00 | $0.00 | | |
| Interest | $0.00 | $0.00 | | |
| Collection Fees | $0.00 | $0.00 | | |
| Lien Fees | $0.00 | $0.00 | | |
| Filing Enforcement Fees | $0.00 | $0.00 | | |
| Other 1 -- (see comments below) | | | | |
| Other 2 -- (see comments below) | | | | |
| **Total** | $0.00 | $0.00 | $0.00 | $0.00 |

**PAYMENTS/CREDITS:**

| DESCRIPTION | DATE | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Total Payments Applied (Side 1) | | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Payments Applied (Side 1 & 2) | | | | | |
| Overpayment | | | | | |
| Total Balance Due as of: | | | | | |

See enclosed insert for penalty and interest explanation

**TELEPHONE AND INTERNET ASSISTANCE**

From within the United States, call - (800) 852-5711 - From outside the United States, call (not toll-free) - (916) 845-6500

Website at: www.ftb.ca.gov

Assistance for persons with disabilities: We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments please call TTY/TDD (800) 822-6268.

EV 03-2004) SIDE 1

**EXP/YOURKE 00049**

TOTAL P.03



STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812-2952

Account No     :
Date           :     **February 23, 2006**
Tax Year(s)    :     **1996**

LETTER ID: EC 06-00023894   MAKER: 322:95:CLN

STEVEN R YOURKE
828 FRANKLIN ST #706
SAN FRANCISCO CA 94102-6309

In response to your recent communication, the following is a summary of your personal income tax account with the State of California.

| ITEM NAME | DATE | DEBITS | CREDITS |
|---|---|---|---|
| Total Tax Liability | 04/15/1997 | $0.00 | |
| Tax Withheld | 04/15/1997 | | 0.00 |
| Bill Payment | 07/27/1999 | | 114.00 |
| Collection Fee | | 103.00 | |
| County Lien Fee | | 11.00 | |
| Total Credit | | | 114.00 |
| Total Debit | | $114.00 | |
| Total Balance | | | $0.00 |

The above computation lists all tax liabilities, penalties, fees, interest, and payments that we have applied to the tax year shown (as of the date of this letter).  If there is a balance due, interest will continue to accrue until you pay the balance in full.

CHRISTIE N
Authorized Representative

We are mailing a copy of this letter to each taxpayer listed above because this information applies to a joint tax year(s).

**ASSISTANCE**

The Bankruptcy Section's telephone service is available Monday through Friday, between 7:30 a.m. and 4:30 p.m.
  Bankruptcy Section Telephone..............(916) 845-4750
  Bankruptcy Section Facsimile................(916) 845-6786

The Lien Unit's telephone service is available Monday through Friday, between 8:00 a.m. and 5:00 p.m.
    Lien Unit Telephone......................(916) 845-4350
    Lien Unit Facsimile.......................(916) 845-4389

Decedent Collection Group...........................................(916) 845-3048
Website at: **www.ftb.ca.gov**

**Assistance for persons with disabilities:** We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments, please call TTY/TDD (800) 822-6268.

FTB 4046B MEO (REV 05-2000)

EXP/YOURKE 00050



STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA  95812-2952

Account No        :
Date              :       February 23, 2006
Tax Year(s)       :       1997

LETTER ID: EC 06-00023895 MAKER: 322:95:CLN


STEVEN R YOURKE
828 FRANKLIN ST #706
SAN FRANCISCO CA 94102-6309


In response to your recent communication, the following is a summary of
your personal income tax account with the State of California.

| ITEM NAME | DATE | DEBITS | CREDITS |
|---|---|---|---|
| Total Tax Liability | 04/15/1998 | $0.00 | |
| Tax Withheld | 04/15/1998 | | |
| Bill Payment | 08/31/2000 | | 0.00 |
| Collection Fee | | 109.00 | 120.00 |
| County Lien Fee | | 11.00 | |
| Total Credit | | | 120.00 |
| Total Debit | | $120.00 | 120.00 |
| Total Balance | | | $0.00 |

The above computation lists all tax liabilities, penalties, fees,
interest, and payments that we have applied to the tax year shown (as of
the date of this letter).  If there is a balance due, interest will
continue to accrue until you pay the balance in full.


CHRISTIE N
Authorized Representative


We are mailing a copy of this letter to each taxpayer listed above because
this information applies to a joint tax year(s).

---

### ASSISTANCE

The Bankruptcy Section's telephone service is available Monday through
Friday, between 7:30 a.m. and 4:30 p.m.
  Bankruptcy Section Telephone.............(916) 845-4750
  Bankruptcy Section Facsimile...............(916) 845-6786

The Lien Unit's telephone service is available Monday through Friday,
between 8:00 a.m. and 5:00 p.m.
  Lien Unit Telephone.......................(916) 845-4350
  Lien Unit Facsimile.......................(916) 845-4389

Decedent Collection Group.......................................(916) 845-3048
Website at:  www.ftb.ca.gov

Assistance for persons with disabilities:  We comply with the Americans with Disabilities Act.  Persons with hearing or speech impairments, please
call TTY/TDD (800) 822-6268.

FTB 4046B MEO (REV 05-2000)                                    EXP/YOURKE 00051

06-00023897
February 23, 2006
PAGE 2

In addition to the tax year computation, we have provided a detailed list of payments shown on your account. The list reflects the payment amount, the date, and the tax year to which we applied the payment.

| PAYMENT AMOUNT | DATE | TAX YEAR |
|---|---|---|
| $11.00 | 04/28/2005 | 2000 |
| 120.00 | 08/31/2000 | 1997 |
| 114.00 | 07/27/1999 | 1996 |



10/24/05

Special Procedures Section
ATTN: Lien Group
PO Box 2952
Sacramento CA 95812-2952
(916) 845-4350

633:195:CN

Steven Yourke
828 Franklin Street Suite 706
San Francisco CA 94102

Account No.        :
Social Security No. :
Tax Year(s)        :     1997

RE:   State Tax Lien, Certificate # 00165000016, Docket # 2000G790853 filed on 06/21/00.

Per your request, this letter outlines important events regarding your California State Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 1997 based on information available because there was no record of you filing your 1997 California State Income Tax Return.  Franchise Tax Board then filed a California State Tax Lien with the San Francisco County Recorder's Office for $741,167.00.  On 06/23/00 Franchise Tax Board received your delinquent 1997 California Tax Return.  The total amount due including penalties and interest amounted to $120.00.  The payment of $120.00 you made was sufficient to satisfy the balance due.  After your account was updated, the Franchise Tax Board issued a Release of Lien to the San Francisco County Recorder's Office that recorded on 10/25/00.

I hope this letter will be helpful to you.

Christie N.
Lien Group

EXP/YOURKE 00053



10/24/05

Special Procedures Section
ATTN: Lien Group
PO Box 2952
Sacramento CA 95812-2952
(916) 845-4350

633:195:CN

Steven Yourke
828 Franklin Street Suite 706
San Francisco CA 94102

Account No.              :  ████████
Social Security No.  :  ████████
Tax Year(s)              :  1999, 2000

RE:    State Tax Lien, Certificate # 03017387746, Docket # 2003H34924100 filed on
       01/31/03.

Per your request, this letter outlines important events regarding your California State
Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 1999 and 2000
based on information available because there was no record of you filing your 1999 and
2000 California State Income Tax Returns.  Franchise Tax Board then filed a California
State Tax Lien with the San Francisco County Recorder's Office for $9,916.00.  On
10/28/02 Franchise Tax Board received your delinquent 1999 California Tax Return,
and your delinquent 2000 California Tax Return on 11/29/04.   The total amount due for
1999 and 2000 including penalties and interest amounted to $11.00.  The payment of
$11.00 you made was sufficient to satisfy the balance due.  After your account was
updated, the Franchise Tax Board issued a Release of Lien to the San Francisco
County Recorder's Office that recorded on 06/13/05.

I hope this letter will be helpful to you.

Christie N.
Lien Group



California
Franchise
Tax Board

10/24/05

Special Procedures Section
ATTN:  Lien Group
PO Box 2952
Sacramento CA  95812-2952
(916) 845-4350

633:195:CN

Steven Yourke
828 Franklin Street Suite 706
San Francisco CA  94102


Account No.          :
Social Security No.  :
Tax Year(s)          :          2001, 2002

RE:    State Tax Lien, Certificate # 04238676067, Docket # 2004H80446700 filed on
       09/07/04.

Per your request, this letter outlines important events regarding your California State
Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 2001 and 2002
based on information available because there was no record of you filing your 2001 and
2002 California State Income Tax Returns.  Franchise Tax Board then filed a California
State Tax Lien with the San Francisco County Recorder's Office for $19,374.00.  On
11/29/04 Franchise Tax Board received your delinquent 2001 California Tax Return,
and your delinquent 2002 California Tax Return on 05/20/05.   The total amount due for
2001 and 2002 including penalties and interest amounted to $0.00.   After your account
was updated, the Franchise Tax Board issued a Release of Lien to the San Francisco
County Recorder's Office that recorded on 09/23/05.

I hope this letter will be helpful to you.


Christie N.
Lien Group



EXP/YOURKE 00056

Exhibit I to Anderson Declaration, Yourke v Experian

Steven R. Yourke, Esq.
828 Franklin St., #706
San Francisco, California  94102
(415) 637-8102



CONSUMER AFFAIRS
21
MAR 2 2006
RECEIVED
SPECIAL SERVICES

March 21, 2006

~~Ms Carol Helm~~
Experian - Special Handling
P.O. Box 1240
Allen, TX 75013

Re:    Experian Credit Report # 3072609688

Dear Ms. Helm:

I am writing to express my extreme disappointment in the manner in which my complaints to Experian regarding my credit report are being handled. I urge you to take a personal interest in my complaints and to give them your direct and immediate attention. Since last October, I have endeavored to remove five incorrectly reported tax liens from my Experian credit report, so far without success. My file is presently being handled by Ms Carrie Higginbotham, an agent in whom I have absolutely no confidence and with whom I find it impossible to communicate. I am writing directly to you as I am informed that you are in charge of Special Handling and are therefore Ms. Higginbotham's supervisor. I urge you to examine my complaint personally.

My Experian credit report currently lists five tax liens under the heading "Public Records". The first one is a federal tax lien filed by the Internal Revenue Service (IRS) and the next four are state tax liens filed by the California Franchise Tax Board (CFTB). Every one of the these liens, without exception, was filed against me because I had neglected to file timely income tax returns in certain years with the IRS and the CFTB. When I finally filed the belated tax returns, the liens were all released. My tax returns showed that, in fact, I did not owe any taxes at all for any of the tax years for which liens were filed. Thus, I never had to pay a single penny in back taxes, interest or penalties relating to any of the liens. However, these liens still appear on my Experian credit report as having been "Paid". Further, the assessments that were made against me by the IRS and the CFTB were entirely erroneous as they were based on incomplete information. However, these ridiculously high assessments which are entirely fictitious still appear on my credit report under the heading "Claim Amount / Liability Amount". In fact, none of the liens

1



EXHIBIT
23

EXP/YOURKE 00057

were actually "paid" and the liability amount was always zero. Obviously, the report as it stands contains extremely misleading negative information. As I never owed any money at all in relation to any of the listed liens, they should all be removed entirely from the credit report. None of them reflect any failure on my part to pay any lawful debt. I should point out that I have already been denied credit once because of this misleading information by Wells Fargo Bank.

I have provided Experian with numerous documents prepared by the IRS and the CFTB which prove that I never owed or paid any back taxes relating to any of the five tax liens in question. These include letters from Ms. Cristie Norwood, head of the tax lien department at the CFTB which explain when and why the four state tax liens were filed, and when and why they were released. In addition, I have provided official tax computations relating to each of the tax liens which prove conclusively that I never actually owed any taxes at all for any of the liens. I attach copies of all these documents for your convenience and again I urge you to review them carefully.

These documents have persuaded both Trans-Union and Equifax to delete all of these same tax liens from their credit reports. But Ms. Higginbotham insists that these documents are somehow inadequate because they lack "authentication"! When I have asked her to explain what she means by this, she simply refuses to do so, saying that she will not reveal "proprietary information"! The documents provided are obviously official government documents produced by the IRS and FRCB and are thus "self-authenticating" and their meaning is clear and obvious.

I have urged Ms. Higginbotham to contact the IRS and CFTB in order to discuss any questions she may have with them. When she told me she had been unable to get through to an agent at the CFTB, I even provided her with express directions about which buttons to push on the telephone tree. While she has stated that she intends to follow up on this, to date, she has not done so. She is supposed to issue the results of her latest "investigation" into my complaints by March 26 and I must confess that I have little confidence that she will remove these extremely negative and mistakenly reported tax liens from my credit report. She has even told me that it makes no difference to her whether or not I actually owed any back taxes or paid any money to have the liens removed, that as long as they are reported to Experian as "released" they would remain on my credit report for seven years!. In one phone conversation, I directed her attention to the Fair Credit Reporting Act, section 605(a)(3), which expressly provides a seven year reporting period for "paid" tax liens. I then pointed out that none of the tax liens in question were actually "paid" liens, that they had all been released without ever having been paid, either in whole or in part, and that the tax liability as stated in the liens was incorrect. Ms. Higginbotham countered by stating that the tax liens on my report fell within the purview of the catch-all provision, section 605(a)(5) which applies to "any other adverse item of information"! Her position is that all tax liens, whether paid or unpaid, shall be reported for a period of seven years, regardless of whether any debt at all was actually owed by the person against whom the lien was filed! I do not know what to say in the face of such determined idiocy except that any competent attorney could tell you that Higginbotham's position is completely untenable as it would render Section 605(a)(3) utterly superfluous and meaningless.

2

EXP/YOURKE 00058

I beg you to take a few minutes and consider this matter for yourself. Feel free to call me to discuss any questions you may have. It is your responsibility to remove inaccurate information from my credit report after I have brought such inaccuracies to your attention. I urge you to do so right away. Please be advised that if these erroneously reported tax liens are not removed from my credit report promptly, I shall proceed at once with appropriate legal action against both Experian and those of its personnel who failed to take reasonable steps to correct this problem. Thank you for your anticipated co-operation in this matter.

Sincerely yours,

Steven R. Yourke

3

EXP/YOURKE 00059

## List of Attached Exhibits:

1. Page 4 of my current Experian credit report showing five tax liens at issue.

2. Cover letter and transcript of account for 1995 federeal income tax provided by Internal Revenue Service showing history of transactions. Note: tax per return was "0.00" and all assessments were "abated".

3. Summaries of personal income accounts with the State of California for tax years 1996, 1997, 1999, 2000, 2001, 2002, provided by California Franchise Tax Board.

4. Letters of explanation regarding four state tax liens provided by California Franchise tax Board.

EXP/YOURKE 00060

EXP/YOURKE 00061

# experian

**Report date**
January 26, 2006
www.experian.com/disputes
Call 800 509 8495

**Prepared for**
STEVEN R YOURKE
**Report number**
3072609688

Page 4 of 12

## Information affecting your creditworthiness

Items listed with dashes before and after the number, *for example -1-*, may have a potentially negative effect on your future credit extension and are listed first on the report.

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account information connected with some public records, such as bankruptcy, also may appear with your credit accounts listed later in this report.

## Public records

| Source/ Identification number | Location number | Date filed/ Date resolved | Responsibility | Claim amount/ Liability amount | Status details |
|---|---|---|---|---|---|
| **-1- SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | SQ2004H708905 | 4-2004/ 9-2004 | Individual | $51,655 / NA | Status: Federal tax lien paid. This item was verified on Nov 2005 and remained unchanged. |
| **-2- SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | BKH310PG0664SQ9 | 1-1999/ 8-1999 | Individual | $129,986 / NA | Status: State tax lien paid. This item was verified and updated on Nov 2005. |
| **-3- SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | SQ2000H6630519 | 6-2000/ 10-2000 | Individual | $741,167 / NA | Status: State tax lien paid. This item was verified on Nov 2005 and remained unchanged. |
| **4- SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | BKJ31SPG0583SQ2 | 1-2003/ 6-2005 | Individual | $9,916 / NA | Status: State tax lien paid. This item was verified and updated on Nov 2005. |
| **-1- SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | BKI717PG0516SQ2 | 9-2004/ 9-2005 | Individual | $19,374 / NA | Status: State tax lien paid. This item was verified and updated on Nov 2005. |

0166330397   1 444 1316 03156

 Department of the Treasury
Internal Revenue Service
MEMPHIS, TN 37501-1498

Transcript Delivery System Correspondence

002240.249764.0006.001 1 MB 0.309 530

Tracking ID: 100003469985
Date of Issue: 11-18-2005

 STEVEN R YOURKE
828 FRANKLIN ST APT 706
SAN FRANCISCO, CA 94102

002240

Tax Period: December, 1995

### Information about the Request We Received

In this letter, we'll report the status of the request we received.

We've enclosed the transcript or transcripts that you requested on November 18, 2005.

A transcript of account shows a summary of your tax return and subsequent actions taken. These actions could include payments, amended returns, and corrections we made to the original return due to math mistakes.

We have different types of information that we can give you about your account:

* A return transcript will show you certain line items as reported on your tax return.
* An account transcript summarizes your return and shows subsequent changes that you or we may have made.
* A record of account has detailed information on both the line items from your return and on subsequent changes.

In addition, information for current tax years is available immediately on our computer systems.

Delivery time to you depends on how you submit your request and the delivery method you select to receive the information.

We're attempting to develop a new way to allow you to access your own tax account information on-line, but we have to make sure that unauthorized individuals won't get access to on-line accounts. While we currently don't have an on-line account system, you can get account information by calling your local IRS office (listed in your telephone directory), or our national toll free number 1-800-829-0922. You can also send us a completed Form 4506, Request for Copy or Transcript of Tax Form.

If you have any questions about information contained in the transcripts or other enclosed information, please call us at the IRS telephone number listed in your local directory or at 1-800-829-0922.

EXP/YOURKE 00062

Sincerely Yours,

Bert W. DuMars,
Director, Electronic Tax Administration

Enclosures:
Account Transcript

100003469985

## This Product Contains Sensitive Taxpayer Data

Request Date: 11-18-2005
Response Date: 11-18-2005
IRS Employee Number: VHKFB
Tracking Number: 100003469985

Account Transcript

FORM NUMBER: 1040A

TAX PERIOD: Dec. 31, 1995

TAXPAYER IDENTIFICATION NUMBER: 

STEVEN R YOURKE

002240

Any minus sign shown below signifies a credit amount.

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Oct. 17, 2005 |
| ACCRUED PENALTY: | 0.00 | AS OF: Oct. 17, 2005 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |
| ** EXEMPTIONS: | 01 | |
| ** ADJUSTED GROSS INCOME: | 2,010.00 | ** FILING STATUS: Single |
| ** TAXABLE INCOME: | 0.00 | |
| ** TAX PER RETURN: | 0.00 | |
| ** SE TAXABLE INCOME TAXPAYER: | 0.00 | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | |
| ** TOTAL SELF EMPLOYMENT TAX: | 0.00 | |

S.Y.

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Sep. 28, 1998

PROCESSING DATE: Oct. 19, 1998

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | SUBSTITUTE FOR RETURN 35210-271-41599-3 | | 10-19-1998 | $0.00 |
| 173 | ESTIMATED TAX PENALTY | 199921 | 06-07-1999 | $1,369.35 |
| 290 | ADDITIONAL TAX ASSESSED 39254-538-64962-9 | 199921 | 06-07-1999 | $23,200.00 |
| 166 | LATE FILING PENALTY | 199921 | 06-07-1999 | $6,345.00 |
| 196 | INTEREST ASSESSED | 199921 | 06-07-1999 | $10,547.67 |
| 276 | FAILURE TO PAY TAX PENALTY | 199921 | 06-07-1999 | $5,358.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 199612 | | 04-15-1997 | -$335.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 08-30-2003 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | 09-25-2003 | $0.00 |

TRANSACTIONS

EXP/YOURKE 00064

100003469985

*Y. estimated taxes abatement*

| Code | Description | Date | Amount |
|---|---|---|---|
| 582 | FEDERAL TAX LIEN | 04-09-2004 | $0.00 |
| 363 | FEES AND COLLECTION COSTS | 05-10-2004 | $14.00 |
| 171 | ESTIMATED TAX PENALTY ABATED | 06-07-1999 | -$1,539.55 |
| 361 | FEES AND COLLECTION COSTS ABATED | 05-10-2004 | -$14.00 |
| 291 | PRIOR TAX ABATED 89254-609-00420-4 | 08-16-2004 | -$28,200.00 |
| 167 | LATE FILING PENALTY ABATED | 08-16-2004 | -$6,345.00 |
| 277 | FAILURE TO PAY TAX PENALTY ABATED | 08-16-2004 | -$5,358.00 |
| 197 | INTEREST ABATED | 08-16-2004 | -$10,547.67 |
| 820 | CREDIT TRANSFERRED | 04-15-1997 | $335.00 |
| 583 | FEDERAL TAX LIEN RELEASED | 09-10-2004 | $0.00 |

This Product Contains Sensitive Taxpayer Data

EXP/YOURKE 00065



STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA  95812-2952

Account No      :
Date            :
Tax Year(s)     :

**February 23, 200**
**1996**

LETTER ID: EC 06-00023894 MAKER: 322:95:CLN

STEVEN R YOURKE
828 FRANKLIN ST #706
SAN FRANCISCO CA 94102-6309

In response to your recent communication, the following is a summary of
your personal income tax account with the State of California.

| ITEM NAME | DATE | DEBITS | CREDITS |
|---|---|---|---|
| Total Tax Liability | | | |
| Tax Withheld | 04/15/1997 | $0.00 | |
| Bill Payment | 04/15/1997 | | 0.00 |
| Collection Fee | 07/27/1999 | | 114.00 |
| County Lien Fee | | 103.00 | |
| | | 11.00 | |
| Total Credit | | | |
| Total Debit | | | 114.00 |
| | | $114.00 | |
| Total Balance | | | |
| | | | $0.00 |

The above computation lists all tax liabilities, penalties, fees,
interest, and payments that we have applied to the tax year shown (as of
the data of this letter). If there is a balance due, interest will
continue to accrue until you pay the balance in full.

CHRISTIE N
Authorized Representative

We are mailing a copy of this letter to each taxpayer listed above because
this information applies to a joint tax year(s).

---

**ASSISTANCE**

The Bankruptcy Section's telephone service is available Monday through
Friday, between 7:30 a.m. and 4:30 p.m.
  Bankruptcy Section Telephone..............(916) 845-4750
  Bankruptcy Section Facsimile..............(916) 845-6786

The Lien Unit's telephone service is available Monday through Friday,
between 8:00 a.m. and 5:00 p.m.
  Lien Unit Telephone...................(916) 845-4350
  Lien Unit Facsimile...................(916) 845-4389

Decedent Collection Group.........................................................(916) 845-3048
Website at: **www.ftb.ca.gov**

Assistance for persons with disabilities: We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments, please
call TTY/TDD (800) 822-6268.

FTB 4046B MEO (REV 05-2000)

EXP/YOURKE 00066



STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 2952
SACRAMENTO CA 95812-2952

Account No :
Date :          **February 23, 200**
Tax Year(s) :   **1997**

LETTER ID: EC 06-00023895 MAKER: 322:95:CLN

STEVEN R YOURKE
828 FRANKLIN ST #706
SAN FRANCISCO CA 94102-6309

In response to your recent communication, the following is a summary of your personal income tax account with the State of California.

| ITEM NAME | DATE | DEBITS | CREDITS |
|---|---|---|---|
| Total Tax Liability | 04/15/1998 | | |
| Tax Withheld | 04/15/1998 | $0.00 | |
| Bill Payment | 08/31/2000 | | 0.00 |
| Collection Fee | | | 120.00 |
| County Lien Fee | | 109.00 | |
| | | 11.00 | |
| Total Credit | | | 120.00 |
| Total Debit | | $120.00 | |
| Total Balance | | | $0.00 |

The above computation lists all tax liabilities, penalties, fees, interest, and payments that we have applied to the tax year shown (as of the date of this letter). If there is a balance due, interest will continue to accrue until you pay the balance in full.

CHRISTIE N
Authorized Representative

We are mailing a copy of this letter to each taxpayer listed above because this information applies to a joint tax year(s).

---

**ASSISTANCE**

The Bankruptcy Section's telephone service is available Monday through Friday, between 7:30 a.m. and 4:30 p.m.
Bankruptcy Section Telephone.............(916) 845-4750
Bankruptcy Section Facsimile...............(916) 845-6786

The Lien Unit's telephone service is available Monday through Friday, between 8:00 a.m. and 5:00 p.m.
Lien Unit Telephone......................(916) 845-4350
Lien Unit Facsimile.......................(916) 845-4389

Decedent Collection Group..................................................(916) 845-3048
Website at: www.ftb.ca.gov          EXP/YOURKE 00067

**Assistance for persons with disabilities:** We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments, please call TTY/TDD (800) 822-6268.

916 845 0294     P.03

**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**

**TAX COMPUTATION GUIDE**

ACCOUNT NUMBER

| | TAXABLE YEAR<br>2001 | TAXABLE YEAR<br>1999 | TAXABLE YEAR | REPLY REFER TO<br>195cln |
|---|---|---|---|---|
| NAME<br>Steven R Yourke | DUE DATE<br>04/15/02 | DUE DATE<br>04/15/00 | DUE DATE | TAXABLE YEAR |
| ● Personal Income Tax | FILED DATE<br>11/29/04 | FILED DATE<br>10/28/02 | DUE DATE | DUE DATE |
| ○ Estates and Trusts | | | FILED DATE | FILED DATE |
| Tax per Return | $0.00 | $0.00 | | |
| Tax per Amended Return | | | | |
| Tax per NPA | | | | |
| Penalty -- Delinquent Filing | | | | |
| Penalty -- Underpayment of Tax | $0.00 | $0.00 | | |
| Penalty -- Estimate | $0.00 | $0.00 | | |
| Penalty -- Failure to Furnish Information | $0.00 | $0.00 | | |
| Penalty -- Demand | $0.00 | $0.00 | | |
| Interest | $0.00 | $0.00 | | |
| Collection Fees | $0.00 | $0.00 | | |
| Lien Fees | $0.00 | $0.00 | | |
| Filing Enforcement Fees | $0.00 | $0.00 | | |
| Other 1 -- (see comments below) | $0.00 | $0.00 | | |
| Other 2 -- (see comments below) | | | | |
| **Total** | $0.00 | $0.00 | $0.00 | $0.00 |

**PAYMENTS/CREDITS:**

| DESCRIPTION | DATE | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Total Payments Applied (Side 1) | | | | | |
| Total Payments Applied (Side 1 & 2) | | $0.00 | $0.00 | $0.00 | $0.00 |
| Overpayment | | | | | |
| Total Balance Due as of: | | | | | |

*See enclosed insert for penalty and interest explanation*

**TELEPHONE AND INTERNET ASSISTANCE**
From within the United States, call - (800) 852-5711 - From outside the United States, call (not toll-free) - (916) 845-6500
Website at: www.ftb.ca.gov
Assistance for persons with disabilities: We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments please
call TTY/TDD (800) 822-6268.

T9     (REV 03-2004) 3ICE :

EXP/YOURKE 00068



STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 2952
SACRAMENTO CA 95812-2952

Account No : ▬▬▬▬▬▬▬
Date :
Tax Year(s) : **February 23, 2006**
**2000**

LETTER ID: EC 06-00023897 MAKER: 322:95:CLN

STEVEN R YOURKE
828 FRANKLIN ST #706
SAN FRANCISCO CA 94102-6309

In response to your recent communication, the following is a summary of your personal income tax account with the State of California.

| ITEM NAME | DATE | DEBITS | CREDITS |
|-----------|------|--------|---------|
| Total Tax Liability | 04/15/2001 | | |
| Tax Withheld | 04/15/2001 | $0.00 | |
| Bill Payment | 04/28/2005 | | 0.00 |
| County Lien Fee | | 11.00 | 11.00 |
| Total Credit | | | 11.00 |
| Total Debit | | $11.00 | 11.00 |
| Total Balance | | | $0.00 |

The above computation lists all tax liabilities, penalties, fees, interest, and payments that we have applied to the tax year shown (as of the date of this letter). If there is a balance due, interest will continue to accrue until you pay the balance in full.

CHRISTIE N
Authorized Representative

Enclosure(s):  Payment Information Detail

---

**ASSISTANCE**

The Bankruptcy Section's telephone service is available Monday through Friday, between 7:30 a.m. and 4:30 p.m.
   Bankruptcy Section Telephone............(916) 845-4750
   Bankruptcy Section Facsimile...............(916) 845-6786

The Lien Unit's telephone service is available Monday through Friday, between 8:00 a.m. and 5:00 p.m.
   Lien Unit Telephone......................(916) 845-4350
   Lien Unit Facsimile.......................(916) 845-4389

Decedent Collection Group...........................................(916) 845-3048
Website at:  **www.ftb.ca.gov**

**Assistance for persons with disabilities:** We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments, please call TTY/TDD (800) 822-6268.

FTB 4045R MEO (REV 05 2000)

EXP/YOURKE 00069



STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 2952
SACRAMENTO CA  95812-2952

Account No    :
Date          :        February 23, 2006
Tax Year(s)   :        2002

LETTER ID: EC 06-00023898  MAKER: 322:95:CLN


STEVEN R YOURKE
828 FRANKLIN ST #706
SAN FRANCISCO CA 94102-6309


**In response to your recent communication, the following is a summary of your personal income tax account with the State of California.**

| ITEM NAME | DATE | DEBITS | CREDITS |
|---|---|---|---|
| Total Tax Liability | 04/15/2003 | | |
| Tax Withheld | 04/15/2003 | $0.00 | |
| County Lien Fee | | | 0.00 |
| FTB Adjustment* | 07/27/2005 | 11.00 | |
| | | | 11.00 |
| Total Credit | | | 11.00 |
| Total Debit | | $11.00 | 11.00 |
| Total Balance | | | $0.00 |

*Note: Franchise Tax Board (FTB) may adjust an account when the processing costs exceed the amount of the adjustment.

The above computation lists all tax liabilities, penalties, fees, interest, and payments that we have applied to the tax year shown (as of the date of this letter).  If there is a balance due, interest will continue to accrue until you pay the balance in full.


CHRISTIE N
Authorized Representative


---

### ASSISTANCE

The Bankruptcy Section's telephone service is available Monday through Friday, between 7:30 a.m. and 4:30 p.m.
  Bankruptcy Section Telephone..............(916) 845-4750
  Bankruptcy Section Facsimile..............(916) 845-6786

The Lien Unit's telephone service is available Monday through Friday, between 8:00 a.m. and 5:00 p.m.
  Lien Unit Telephone......................(916) 845-4350
  Lien Unit Facsimile......................(916) 845-4389

Decedent Collection Group..................................................(916) 845-3048
Website at: www.ftb.ca.gov

**Assistance for persons with disabilities:** We comply with the Americans with Disabilities Act.  Persons with hearing or speech impairments, please call TTY/TDD (800) 822-6268.

FTB 4046B MEO (REV 05 2000)

06-00023897
February 23, 2006
PAGE 2



In addition to the tax year computation, we have provided a detailed list
of payments shown on your account. The list reflects the payment amount,
the date, and the tax year to which we applied the payment.

| PAYMENT AMOUNT | DATE | TAX YEAR |
|---|---|---|
| $11.00 | 04/28/2005 | 2000 |
| 120.00 | 08/31/2000 | 1997 |
| 114.00 | 07/27/1999 | 1996 |

EXP/YOURKE 00071



**California Franchise Tax Board**

11/02/05

Special Procedures Section
ATTN: Lien Group
PO Box 2952
Sacramento CA 95812-2952
(916) 845-4350

633:195:CN

Steven Yourke
828 Franklin Street Suite 706
San Francisco CA 94102

Account No.          :
Social Security No. :
Tax Year(s)         :    1996

RE:   State Tax Lien, Certificate # 99015000078, Docket # 99G506611 filed on
01/28/99.

Per your request, this letter outlines important events regarding your California State
Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 1996 based on
information available because there was no record of you filing your 1996 California
State Income Tax Return. Franchise Tax Board then filed a California State Tax Lien
with the San Francisco County Recorder's Office for $129,986.00. On 06/14/99
Franchise Tax Board received your delinquent 1996 California Tax Return. The total
amount due including penalties and interest amounted to $114.00. The payment of
$114.00 you made was sufficient to satisfy the balance due. After your account was
updated, the Franchise Tax Board issued a Release of Lien to the San Francisco
County Recorder's Office that recorded on 08/09/99.

I hope this letter will be helpful to you.

Christie N.
Lien Group



10/24/05

Special Procedures Section
ATTN: Lien Group
PO Box 2952
Sacramento CA 95812-2952
(916) 845-4350

633:195:CN

Steven Yourke
828 Franklin Street Suite 706
San Francisco CA 94102

Account No.         :
Social Security No. :
Tax Year(s)         :        1997

RE:   State Tax Lien, Certificate # 00165000016, Docket # 2000G790853 filed on
      06/21/00.

Per your request, this letter outlines important events regarding your California State
Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 1997 based on
information available because there was no record of you filing your 1997 California
State Income Tax Return.  Franchise Tax Board then filed a California State Tax Lien
with the San Francisco County Recorder's Office for $741,167.00.  On 06/23/00
Franchise Tax Board received your delinquent 1997 California Tax Return.  The total
amount due including penalties and interest amounted to $120.00.  The payment of
$120.00 you made was sufficient to satisfy the balance due.  After your account was
updated, the Franchise Tax Board issued a Release of Lien to the San Francisco
County Recorder's Office that recorded on 10/25/00.

I hope this letter will be helpful to you.

Christie N.
Lien Group

 California Franchise Tax Board

10/24/05

Special Procedures Section
ATTN: Lien Group
PO Box 2952
Sacramento CA 95812-2952
(916) 845-4350

633:195:CN

Steven Yourke
828 Franklin Street Suite 706
San Francisco CA 94102

Account No.          :
Social Security No.  :  
Tax Year(s)          :      1999, 2000

RE:   State Tax Lien, Certificate # 03017387746, Docket # 2003H34924100 filed on
      01/31/03.

Per your request, this letter outlines important events regarding your California State
Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 1999 and 2000
based on information available because there was no record of you filing your 1999 and
2000 California State Income Tax Returns.  Franchise Tax Board then filed a California
State Tax Lien with the San Francisco County Recorder's Office for $9,916.00.  On
10/28/02 Franchise Tax Board received your delinquent 1999 California Tax Return,
and your delinquent 2000 California Tax Return on 11/29/04.  The total amount due for
1999 and 2000 including penalties and interest amounted to $11.00.  The payment of
$11.00 you made was sufficient to satisfy the balance due.  After your account was
updated, the Franchise Tax Board issued a Release of Lien to the San Francisco
County Recorder's Office that recorded on 06/13/05.

I hope this letter will be helpful to you.

Christie N.
Lien Group

 California
Franchise
Tax Board

10/24/05

Special Procedures Section
ATTN: Lien Group
PO Box 2952
Sacramento CA 95812-2952
(916) 845-4350

633:195:CN

Steven Yourke
828 Franklin Street Suite 706
San Francisco CA 94102

Account No.          :
Social Security No.  :
Tax Year(s)          :      2001, 2002

RE:   State Tax Lien, Certificate # 04238676067, Docket # 2004H80446700 filed on
      09/07/04.

Per your request, this letter outlines important events regarding your California State
Tax Lien.

The Franchise Tax Board created a Filing Enforcement Assessment for 2001 and 2002
based on information available because there was no record of you filing your 2001 and
2002 California State Income Tax Returns. Franchise Tax Board then filed a California
State Tax Lien with the San Francisco County Recorder's Office for $19,374.00. On
11/29/04 Franchise Tax Board received your delinquent 2001 California Tax Return,
and your delinquent 2002 California Tax Return on 05/20/05. The total amount due for
2001 and 2002 including penalties and interest amounted to $0.00. After your account
was updated, the Franchise Tax Board issued a Release of Lien to the San Francisco
County Recorder's Office that recorded on 09/23/05.

I hope this letter will be helpful to you.

Christie N.
Lien Group

EXP/YOURKE 00075

