Attachment 3 to Decl of Mark
F Anderson (Opp to Summ Jmt)
*Yourke v Experian*

Exhibit K to Anderson Declaration,
Yourke v Experian

# experian˙

STEVEN YOURKE
828 FRANKLIN STREET #706
SAN FRANCISCO CA 94102

**EXHIBIT**
**Olf/3 3**
XL 'SYTTM/HOLTM

016638097

**Prepared for**
STEVEN YOURKE
**Report number**
3880417867

**Report date**
March 23, 2006

**www.experian.com/disputes**   Page 1 of 10

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

**Public records**

| | Outcome |
|---|---|
| SAN FRANCISCO CNTY REC SQ2004H70.... | Remains |
| SAN FRANCISCO CNTY REC BKH31UPG0664SQ9.... | Updated |
| SAN FRANCISCO CNTY REC BK3I5PG0583SQ2.... | Updated |
| SAN FRANCISCO CNTY REC SQ200H663.... | Remains |
| SAN FRANCISCO CNTY REC BK717PG0516SQ2.... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time

### If you have questions

For the fastest and easiest way to dispute visit:
**experian.com/disputes** or call, **800 509 8495.**

Dispute services are available 24 hours a day, seven days a week.

Contact us within 90 days from the date on this report and be sure to have your report number.

**To order a copy of your Experian Credit Score, visit experian.com or call 1 888 322 5583.**

**Protect and manage your credit with Credit Manage www.creditexpert.com**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

experian

Prepared for
STEVEN YOURKE
Report number
388041 7867

Report date
March 23, 2006
www.experian.com/disputes
Call 800 509 8495

Page 2 of 10

## Information affecting your creditworthiness

Items listed with dashes before and after the number, for example --1--, may have a potentially negative effect on your future credit extension and are listed first on the report.

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account information connected with some public records, such as bankruptcy, also may appear with your credit accounts listed later in this report.

## Public records

| Source/ Identification number | Location number | Date filed/ Date resolved | Responsibility | Claim amount/ Liability amount | Status details |
|---|---|---|---|---|---|
| --1-- SAN FRANCISCO CNTY REC 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | SQ2004H708905 | 4-2004/ 9-2004 | Individual | $51,655 / NA | Status: Federal tax lien paid. This item was verified on Nov 2005 and remained uncharged. |
| --2-- SAN FRANCISCO CNTY REC 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | BKH310PG0664SQ9 | 1-1999/ 8-1999 | Individual | $129,986 / NA | Status: State tax lien paid. This item was verified and updated on Nov 2005. |
| --3-- SAN FRANCISCO CNTY REC 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | SQ2000H663OS19 | 6-2000/ 10-2000 | Individual | $741,167 / NA | Status: State tax lien paid. This item was verified on Nov 2005 and remained uncharged. |
| 4-- SAN FRANCISCO CNTY REC 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | BKI31SPG05835QZ | 1-2003/ 6-2005 | Individual | $9,916 / NA | Status: State tax lien paid. This item was verified and updated on Nov 2005. |
| --5-- SAN FRANCISCO CNTY REC 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | BKOPGSQ0583 | 2-2003/ 6-2005 | Individual | $9,916 / NA | Status: State tax lien paid. |
| --6-- SAN FRANCISCO CNTY REC 400 S VAN NESS AVE SAN FRANCISCO CA 94103 | BKI717PG0516SQ2 | 9-2004/ 9-2005 | Individual | $19,374 / NA | Status: State tax lien paid. This item was verified and updated on Nov 2005. |

016663809 7

# Consumer Dispute Verification

Control 380041786700 1

**e*xperian**

Date 2/23/06                                    3/23/06

To Comply with FCRA, please respond within 6 working days.

Your Account Number:

Name: **STEVEN YOURKE**
Addr: **820 FRANKLIN STREET #706**
      **SAN FRANCISCO, CA 94102**

Prev:

SSN/DOB:
Spouse/SSN:
Consumer Status:

Consumer states inaccurate info.
CONFIRMATION PERTAINING TO THESE LINES
ACCT NAME:STEVEN R YOURKE

□ Prev.
☐ Name:
☐ Addr:

☐ SSN/DOB:
☐ Spouse/SSN:

CASFRC1   6591719

**SAN FRANCISCO CNTY REC** J031351
BK PG SEQ NO: SO2004S708905

Federal ID Rel      #708905

04/25/04              09/28/04 / released
                      (# H82880)

PLEASE PROVIDE ALL DO

When you sign this form, you certify that you have verified the accuracy of the entire item, and your computer and/or manual records will be adjusted to reflect changes noted above.

Reason for change/comments

Authorized Signature

Member _____ Date _____
Phone _____

*** NOTICE ***
In order to comply with the FCRA and maintain its integrity, we need your assistance. To avoid permanent deletion of this trade information, please complete and return this form immediately. Once this information is deleted, your input cannot reappend this data to our file.

Associated Credit Bureaus, Inc.

**EXHIBIT**
Ref. 24

EXP/YOURKE 00089

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
1301 CLAY ST #1400-S
OAKLAND, CA 94612

San Francisco Assessor-Recorder
Mabel S. Teng, Assessor-Recorder
DOC- 2004-H706905-00
Acct 14-(IRS) Internal Revenue Service
Thursday, APR 29, 2004 08:30:24
Ttl Pd      $7.00              Nbr-0002423583
REEL 1827 IMAGE 0498
ata/TB/1-1

For Optional Use by Recording offices

| Form 668 (Y)(c) | 1008 Department of the Treasury - Internal Revenue Service |
| (Rev. February 2004) | **Notice of Federal Tax Lien** |

Area: WAGE & INVESTMENT AREA #7
Lien Unit Phone: (800) 829-7650

Serial Number
167122004

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  STEVEN R YOURKE

Residence        828 FRANKLIN ST APT 706
                 SAN FRANCISCO, CA 94102-6309

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | 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 | 06/07/1999 | 07/07/2009 | 51655.22 |

EXP/YOURKE 00090

Place of Filing

SAN FRANCISCO
SAN FRANCISCO SAN
, CA 94102

Total | $ | 51655.22

This notice was prepared and signed at _____ OAKLAND, CA _____, on this,
the ___08th___ day of ___April___, ___2004___.

Signature                                    Title
OY WILLIAM JOHNSON                           ACS                    17-00-0000
                                             (800) 829-7650

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office                Form 668(Y)(c) (Rev. 2-2004)

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
1301 CLAY ST #1400-S
OAKLAND, CA 94612

San Francisco Assessor-Recorder
Mabel S. Teng, Assessor-Recorder
DOC- 2004-H822848-00
Area 16-(169) Internal Revenue Service
Tuesday, SEP 28, 2004 20:10:18
TIl PM   17.00   Nbr-0002542042
REEL 1732 IMAGE 0326
ea4/GG/1-1

COURT RECORDING INFORMATION:
Liber Page UCC No.   Serial No.
1627   0498   n/a   2004-H708906

For Use by Recording Office

**Form 668 (Z)** (Rev. 10-2000)   1872

Department of the Treasury - Internal Revenue Service
**Certificate of Release of Federal Tax Lien**

Area: WAGE & INVESTMENT AREA #7
Lien Unit Phone: (510) 637-2386

Serial Number
167122004

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue
has satisfied the taxes listed below and all statutory additions. Therefore, the lien provide by Code section
for these taxes and additions has been released. The proper officer in the office where the notice of internal rev
tax lien was filed on ___April 29, 2004___ is authorized to note the books to show the release of thi
for these taxes and additions.

Name of Taxpayer   STEVEN R YOURKE

Residence
828 FRANKLIN ST APT 706
SAN FRANCISCO, CA 94102-6309

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | 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 | 06/07/1999 | 07/07/2009 | 51655 |

EXP/YOURKE 00091

Place of Filing
SAN FRANCISCO
SAN FRANCISCO SAN
, CA 94102

Total $   51655

This notice was prepared and signed on
the ___08th___ day of ___September___, 2004.   OAKLAND, CA

Signature                                                                , on

Title Compliance Technical Support
Manager

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release o
Federal Tax lien Rev. Rul. 71-466. 1971 - 2 C.B. 409)

Part 1 - RECORDING OFFICE

Form 668 (Z) (Rev. 10-2000)
CAT. NO 600261

# Consumer Dispute Verification

Control 30004178867002

experian

3/23/06

Date 2/22/06

Prev:

To Comply with FCRA, please respond within 5 working days.

Your Account Number:

Name: STEVEN YOURKE
Addr: 820 FRANKLIN STREET #706
SAN FRANCISCO, CA 94102

Atten: CABS-(972)390-0067
P.O. Box 1240
Allen, TX 75013

SSNDOB:
Spouse/SSN:
Consumer Status:

☐ Prev:
☐ Name:
☐ Addr:

☐ SSNDOB:
☐ Spouse/SSN:

Consumer states inaccurate info. Provide complete ID/account info. (D) / PLEASE PROVIDE ALL DO
CONSERVATION PERTAINING TO THESE LINE
ACCT NAME:STEVEN R YOURKE

CASFRC1

SAN FRANCISCO CMTY REC 3041351
BK PG SEQ NO: BK0310P00664BQ99G50

State LW Rej   01/28/99      08/09/99

# 65 0U0611

Reason for change/comments

When you sign this form, you certify that you have verified the accuracy of the entire item, and your computer and/or manual records will be adjusted to reflect changes noted above.

Authorized Signature

Date

Phone

NewItem Associated Credit Bureau, Inc.

*** NOTICE ***
In order to comply with the FCRA and maintain file integrity, we need your assistance. To avoid permanent deletion of this trade information, please complete and return this form immediately. Once this information is deleted, your tapes cannot respond this data to our file.

EXP/YOURKE 00092

Recording Requested By:
**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**

When Recorded Mail To:

**LIEN DESK**
**PO BOX 2952**
**SACRAMENTO, CA 95812-295_**

San Francisco Co Assessor-Recorder
Doris M. Ward, Assessor-Recorder

DOC - 99-G506611-00
Acct 15-(FTB) Franchise Tax Board
Thursday, JAN 28, 1999 13:33:56
FRE     $0.00||
Ttl Pd     $0.00
REEL H310 IMAGE 0664

Nbr-0001096732
ogi/TD/1-1



# NOTICE OF STATE TAX LIEN

**FILED WITH: COUNTY OF SAN FRANCISCO**

**CERTIFICATE NUMBER:**     99815-888878

The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under Parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amounts due and required to be paid by said taxpayer as follows:

Name of Taxpayer: **STEVEN R YOURKE**

FTB Account Number: ▓▓▓▓▓▓▓

Social Security Number: ▓▓▓▓▓▓▓

Last Known Address: **1131 SHRADER ST, SAN FRANCISCO CA 94117-4214**

For Taxable Years: **1996**

| TAX | PENALTY | INTEREST | COLLECTION COSTS | PAYMENTS AND ADJUSTMENTS | # TOTAL |
|---|---|---|---|---|---|
| 74,992.80 | 37,496.88 | 17,313.48 | 185.88 | 0.88 | 129,986.48 |

That further interest and fees will accrue at the rate prescribed by law until paid; that the Franchise Tax Board of the State of California complied with all of the provisions of Parts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State of California in computing, levying, determining and assessing the tax; that said amounts are due and payable and have not been paid. The lien attaches to all property and rights to such property now owned or later acquired by the taxpayer.

IN WITNESS WHEREOF the Franchise Tax Board of the State of California has duly authorized the undersigned to execute this Notice in its name.

Dated: 01/15/99
**COLLECTION BUREAU**
Telephone Number: (916) 845-4350

By: _____

# Additional interest is accruing at the rate prescribed by law.

EXP/YOURKE 00093

Recording Requested By:
**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**

San Francisco Assessor-Recorder
Doris M. Ward, Assessor-Recorder

DOC - 99-G634322-00
Acct  15-(FTB) Franchise Tax Board
Monday, AUG 09, 1999 09:39:46
LRF    $8.00|LPF    $2.00|LMF    $1.00
Ttl Pd    $11.00         Nbr-0001242313
REEL H444 IMAGE 0185     00000 /TD/__-__

When Recorded Mail To:

LIEN DESK
PO BOX 2952
SACRAMENTO, CA 95812-2952



**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**

## RELEASE OF LIEN

The Franchise Tax Board of the State of California hereby releases the lien imposed under Parts 10 or 11 of Division 2 of the Revenue and Taxation Code as evidenced by the following described certificate of tax, interest and penalties due:

Certificate Number: 99015-000078

Filed Against: STEVEN R YOURKE

FTB Account Number: ████████

Social Security Number: ████████

Filed With: COUNTY OF SAN FRANCISCO

Date Recorded: 01/28/99

In Book: H310

At Page: 0664

IN WITNESS WHEREOF the Franchise Tax Board has duly authorized the undersigned to execute this Release in its name.

Dated: 08/02/99

By: _____

Collection Bureau
Telephone Number: (916) 845-4350

FTB 2678 MEO Rev 1/94

A

EXP/YOURKE 00094



# Consumer Dispute Verification

Control 3080417067003

experian

Date 2/27/06

Date 3/23/06

Attn: CASB-(972)390-4067
P.O. Box 1240
Allen, TX 75013

To Comply with FCRA, please respond within 8 working days.
Your Account Number:
Name: STEVEN YOURKE
Addr: 828 FRANKLIN STREET #706
SAN FRANCISCO, CA 94102

Prev:

SSN/DOB:
Spouse/SSN:

Consumer States: **Consumer states inaccurate info. CUMBINATION PERTAINING TO THESE INING ACCT. NAME: STEVEN R YOURKE**

SAN FRANCISCO CNTY REC 3041351
9741167

BK PG SEQ NO. SQ200OH6630519

CASFRCI 6056192
CASFRCI 6056192 / PLEASE PROVIDE ALL DO

Prev:
SSN/DOB:
Spouse/SSN:

State Im Rel   06/21/00   10/25/00
#679085-3
#679085   685495

When you sign this form, you certify that you have verified the accuracy of this entire item, and your computer and/or manual records will be adjusted to reflect changes noted above.

Reason for change/comments

Authorized Signature _____   Date _____

Member Associated Credit Bureaus, Inc.

*** NOTICE ***
In order to comply with the FCRA and maintain file integrity, we need your assistance. To avoid permanent deletion of this trade information, please complete and return this form immediately. Once this information is deleted, your tapes cannot respond this data to our file.

Reco/dding Requested By:
**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**

When Recorded Mail To:

**LIEN DESK**
**PO BOX 2952**
**SACRAMENTO, CA 95812-2952**

San Francisco Assessor-Recorder
Doris M. Ward, Assessor-Recorder
DOC- 2000-G795663-00
Acct 15-(FTB) Franchise Tax Board
Wednesday, JUN 21, 2000 14:00:00
Ttl Pd $0.00
REEL H663 IMAGE 0510

## NOTICE OF STATE TAX LIEN

FILED WITH: COUNTY OF SAN FRANCISCO

CERTIFICATE NUMBER:    00165-000016



The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under Parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amounts due and required to be paid by said taxpayer as follows:

Name of Taxpayer: STEVEN R YOURKE

FTB Account Number:

Social Security Number:

Last Known Address: 1131 SHRADER ST, SAN FRANCISCO CA 94117-4216

For Taxable Years: 1997

| TAX | PENALTY | INTEREST | COLLECTION COSTS | PAYMENTS AND ADJUSTMENTS | a TOTAL |
|---|---|---|---|---|---|
| 423,076.00 | 211,538.00 | 106,364.48 | 189.00 | 0.00 | 741,167.48 |

That further interest and fees will accrue at the rate prescribed by law until paid; that the Franchise Tax Board of the State of California complied with all of the provisions of Parts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State of California in computing, levying, determining and assessing the tax; the said amounts are due and payable and have not been paid. The lien attaches to all property and rights to such property now owned or later acquired by the taxpayer.

IN WITNESS WHEREOF the Franchise Tax Board of the State of California has duly authorized the undersigned to execute this Notice in its name.

Dated: 06/13/00
COLLECTION BUREAU
Telephone Number: (916) 845-4350

By:

FTB0000 REV. Rev 2000          a Additional interest is accruing at the rate prescribed by law.

EXP/YOURKE 00096

Recording Requested by

**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**
Sacramento CA 95812-2952

And When Recorded Mail to

Special Procedures Section
PO Box 2952
Sacramento CA 95812-2952

REEL H750 IMAGE 0457

**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**

**RELEASE OF LIEN**

The Franchise Tax Board of the State of California hereby releases the lien imposed under Parts 10 or 11 of Division 2 of the Revenue and Taxation Code as evidenced by the following described certificate of tax, interest and penalties due:

Certificate Number
Filed Against
: 00188000018
: STEVEN R YOURKE

FTB Account Number
Social Security Number (s)
Corporate Number
FEIN
Filed With
Lien Recorded
Document No./Book No.
Page
: SAN FRANCISCO
: 08/21/2000
: H083
: 0819

IN WITNESS WHEREOF, the Franchise Tax Board has duly authorized the undersigned to execute this Release in its name.

DATED: 08/12/00

**FRANCHISE TAX BOARD**
of the State of California

Collection Bureau
Telephone Number: (916) 845-4360

By: _____

FTB 2730 ARCS (REV 05- 1998)

EXP/YOURKE 00097

# Consumer Dispute Verification

experian

Control 3800417867004

Date 2/21/06

3/23/06

**Experian**
Attn: CASS-(972)390-4067
P.O. Box 1240
Allen, TX 75013

To Comply with FCRA, please respond within 5 working days.

Name: STEVEN R/YOURKE
Addr: 828 FRANKLIN STREET #706
      SAN FRANCISCO, CA 94102

Prev:

☐ Name:
☑ Addr:
☐ Prev:

SSN/DOB:
Spouse/SSN:
Consumer States:

Consumer states inaccurate info. Provide complete ID/account info. (D) / PLEASE PROVIDE ALL DO
CUMERIZATION PERTAINING TO THESE LINES
ACCT NAME:STEVEN R YOURKE

CASERCI 6659/922

SAN FRANCISCO CRDT REC 3041351
BK PG SEQ NO: BK1315PG0583B2003X                State IN Rel    01/31/03    06/13/05    1

☑ ☐

☐ Consumer
Dispute

☐ Delete
Consumer
Statement

☐ Change Date
As Shown

Reason for change/comments

When you sign this form, you certify that you have verified the accuracy of this entire item,
and your computer and/or manual records will be adjusted to reflect changes noted above.

Member Associated Credit Bureau, Inc.

Authorized Signature _____ Date _____ Phone _____

*** NOTICE ***

In order to comply with the FCRA and maintain the integrity, we need your assistance. To avoid permanent deletion of the trade information,
please complete and return this form immediately. Once this information is deleted, your items cannot reappear on this data to our file.

EXP/YOURKE 00098

*Recording Requested by*

**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**
Sacramento CA 95812-2952

*And When Recorded Mail to*

Special Procedures Section
PO BOX 2952
Sacramento CA 95812-2952



San Francisco Assessor-Recorder
Mabel Teng, Assessor-Recorder
DOC- 2003-H348241-00
Acct 15-(FTB) Franchise Tax Board
Friday, JUN 31, 2003 10:25:01
Ttl Pd $0.00       Nbr-000202104
REEL I315 IMAGE 0503
eJ1/JL/1-1

## NOTICE OF STATE TAX LIEN

**FILED WITH:   SAN FRANCISCO**

**CERTIFICATE NUMBER:   030073677748**

The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amount due and required to be paid by said taxpayer as follows:

Name of Taxpayer(s)        : STEVEN R YOURKE

FTB Account Number        : ▮▮▮▮▮▮▮▮

Social Security Number(s)  : ▮▮▮▮▮▮▮▮

Last Known Address        : 828 FRANKLIN ST 708
                            : SAN FRANCISCO CA 94102-6309

For Taxable Years          : 2000,1999

| TAX | PENALTY | INTEREST | COLLECTION FEES | PAYMENTS | ADJUSTMENTS | * TOTAL |
|---|---|---|---|---|---|---|
| $5,759.00 | $2,879.50 | $1,056.11 | $220.00 | $0.00 | $0.00 | $8,915.81 |

Further interest and fees will accrue at the rate prescribed by law until paid; that the Franchise Tax Board of the State of California complied with all of the provisions of parts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State of California in computing, levying, determining and assessing the tax; the said amounts are due and payable and have not been paid. Said lien attaches to all property and rights to such property now owned or later acquired by the taxpayer.

IN WITNESS WHEREOF, the Franchise Tax Board of the State of California has duly authorized the undersigned to execute this Notice in its name.

DATED: 01/23/03

Collection Bureau
Telephone Number: (916) 845-4350

*Additional interest is accruing at the rate prescribed by law.

FTB 2830 V1 ARCS (REV 02-2001)

**FRANCHISE TAX BOARD**
of the State of California

By: _____

*Authorized facsimile signature.*

EXP/YOURKE 00099

Recording Requested by

**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**
Sacramento CA 95812-2952

And When Recorded Mail to

Special Procedures Section
PO Box 2952
Sacramento CA 95812-2952

San Francisco Assessor-Recorder
Mabel S. Teng, Assessor-Recorder
DOC- 2005-H969994-00
Acct. 15-(FTB) Franchise Tax Board
Monday, JUN 13, 2005 09:55:31
Ttl Pd $11.00 Nbr-0027SI03
REEL 1909 IMAGE 0130
ota/TC/___-1



**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**

**RELEASE OF LIEN**

The Franchise Tax Board of the State of California hereby releases the lien imposed under Parts 10 or 11 of Division 2 of the Revenue and Taxation Code as evidenced by the following described certificate of tax, interest and penalties due:

Certificate Number : 03017387746
Filed Against : STEVEN R YOURKE

FTB Account Number :
Social Security Number (s) :
Corporate Number :
FEIN :
Filed With : SAN FRANCISCO
Lien Recorded : 02/03/2003
Document No./Book No. : I316
Page : 0583

IN WITNESS WHEREOF, the Franchise Tax Board has duly authorized the undersigned to execute this Release in its name.

DATED: 05/11/05

FRANCHISE TAX BOARD
of the State of California

Collection Bureau
Telephone Number: (916) 845-4350

By:

Authorized facsimile signature.

2730 ARCS (REV 03-2004)

EXP/YOURKE 00100



experian

## Consumer Dispute Verification

Control 388041786700S

Date 2/27/06

3/23/06

To Comply with FCRA, please respond within 5 working days.

Experian
Attn: CASS-(972)390-4067
P.O. Box 1240
Allen, TX 75013

Your Account Number:

Name: STEVEN YOURKE
Addr: 820 FRANKLIN STREET #706
SAN FRANCISCO, CA 94102

Prev:

SSN/DOB:
Spouse/SSN:
Consumer States: Consumer states inaccurate info. Provide
CORRECTION PERTAINING TO THESE ITEMS
ACCT NAME:STEVEN R YOURKE

Prev:
SSN/DOB:
Spouse/SSN:
Addr:
Name:

Complete ID/account info. (D) / PLEASE PROVIDE ALL DO

CASFFCC 6591925

SAN FRANCISCO CMPX REC 3041351
#519374
SK PG SRQ NO: SKL717FG0S16502004H

State LM Rel

#480ffke7

09/07/04

09/23/05

(Released) 1

I04I498

Reason for change/comment:

When you sign this form, you certify that you have verified the accuracy of the entire item,
and your computer and/or manual records will be updated to reflect changes noted above.

Authorized Signature _____ Date _____

Member Associated Credit Bureaus, Inc.

Member Associated Credit Bureau, Inc.

*** NOTICE ***

In order to comply with the FCRA and maintain file integrity, we need your assistance. To avoid permanent deletion of this trade information,
please complete and return this form immediately. Once this information is deleted, your input cannot reappear this data to our file.

EXP/YOURKE 00101

Recording Requested by

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
Sacramento CA 95812-2952

And When Recorded Mail to

Special Procedures Section
PO BOX 2952
Sacramento CA 95812-2952

San Francisco Assessor-Recorder
Mabel S. Teng, Assessor-Recorder
DOC- 2004-H804457-00
Acct  18-(FTB) Franchise Tax Board
Tuesday, SEP 07, 2004 14:30:00
7t1 Pd    40.00    Nbr-000297205
REEL 1717 IMAGE 0518
ms/KC/1-0



## NOTICE OF STATE TAX LIEN

FILED WITH:     SAN FRANCISCO

CERTIFICATE NUMBER:  04238676067

The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amount due and required to be paid by said taxpayer as follows:

Name of Taxpayer(s)      : STEVEN R YOURKE

FTB Account Number        : ████████

Social Security Number(s) : ████████

Last Known Address        : 828 FRANKLIN ST 708
                          : SAN FRANCISCO CA  94102-5309

For Taxable Years         : 2002,2001

| TAX | PENALTY | INTEREST | COLLECTION FEES | PAYMENTS | ADJUSTMENTS | * TOTAL |
|---|---|---|---|---|---|---|
| 11659.00 | 5829.50 | 1658.95 | 227.00 | 0 | 0 | 19374.45 |

Further interest and fees will accrue at the rate prescribed by law until paid; that the Franchise Tax Board of the State of California complied with all of the provisions of parts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State of California in computing, levying, determining and assessing the tax; the said amounts are due and payable and have not been paid.  Said lien attaches to all property and rights to such property now owned or later acquired by the taxpayer.

IN WITNESS WHEREOF, the Franchise Tax Board of the State of California has duly authorized the undersigned to execute this Notice in its name.

DATED: 08/25/04

Collection Bureau
Telephone Number: (916) 845-4350

FRANCHISE TAX BOARD
of the State of California

By:

*Additional interest is accruing at the rate prescribed by law.

FTB 2930 V1 M ARCS (REV 04-2004)

Authorized facsimile signature.

EXP/YOURKE 00102

Recording Requested by

**STATE OF CALIFORNIA
FRANCHISE TAX BOARD**
Sacramento CA 95812-2952

And When Recorded Mail to

Special Procedures Section
PO Box 2952
Sacramento CA 95812-2952

San Francisco Assessor-Recorder
Phil Ting, Assessor-Recorder
DOC- 2005-I041498-00
Acct 15-(FTB) Franchise Tax Board
Friday, SEP 23, 2005 14:25:48
Ttl Pd $11.00               Nbr-0002041728
REEL 1981 IMAGE 0044
                              ate/TB/--1

**STATE OF CALIFORNIA
FRANCHISE TAX BOARD**

**RELEASE OF LIEN**

The Franchise Tax Board of the State of California hereby releases the lien imposed under Parts 10 or 11 of Division 2 of the Revenue and Taxation Code as evidenced by the following described certificate of tax, interest and penalties due:

Certificate Number       : 04238676087
Filed Against            : STEVEN K YOURKE

FTB Account Number
Social Security Number (s)  :
Corporate Number
FEIN
Filed With               : SAN FRANCISCO
Lien Recorded            : 09/07/2004
Document No./Book No.    : 1717
Page                     : 0516

IN WITNESS WHEREOF, the Franchise Tax Board has duly authorized the undersigned to execute this Release in its name.

DATED: 08/10/05

Collection Bureau
Telephone Number: (916) 845-4350

FRANCHISE TAX BOARD
of the State of California

By:

Authorized facsimile signature.

FTB 2730 ARCS (REV 03-2004)

EXP/YOURKE 00103

# experian™

**Prepared for**
STEVEN YOURKE
3880417867

**Report date**
March 30, 2006

www.experian.com/disputes

Page 1 of 12

## Your personal credit report

**Potentially negative items or items for further review**

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

**Accounts in good standing**

Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

**History of your account balances**

Reports up to two years of your monthly balances on an account, if reported by your creditor.

**Requests for your credit history**

We list anyone that has reviewed your credit information in the last two years.

**Personal information**

This information is reported to us by you, your creditors and other sources.

## Other Experian credit management tools

**Score report**

Order your Experian PLUS score report for only $6 by calling 1 888 322 5583.

**Credit Manager**

Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

## About Experian

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

EXP/YOURKE 00310

**EXHIBIT**

## Before contacting us, you should carefully review this report.

### Disputing information in your report

If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit:*

## www.experian.com/disputes

**Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.**

STEVEN YOURKE
828 FRANKLIN STREET #706
SAN FRANCISCO CA 94102

# experian

**Prepared for**
STEVEN YOURKE
**Report number**
3880417867

**Report date**
March 30, 2006
www.experian.com/disputes
Call 1 800 509 8495

Page 2 of 12

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Public records

| | Identification | Date | Responsibility | Claim amount / Liability amount | Status |
|---|---|---|---|---|---|
| SAN FRANCISCO CNTY REC<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103<br>No phone number available | *Identification number* SQ2004H708905 | *Date filed* Apr 2004<br>*Date resolved* Sep 2004 | *Responsibility* Individual | *Claim amount* $51,655<br>*Liability amount* NA | Status: Federal tax lien paid. This item was verified on Mar 2006 and remained unchanged. |
| SAN FRANCISCO CNTY REC<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103<br>No phone number available | *Identification number* BKH310PG0664SQ9 | *Date filed* Jan 1999<br>*Date resolved* Aug 1999 | *Responsibility* Individual | *Claim amount* $114<br>*Liability amount* NA | Status: State tax lien paid. This item was verified and updated on Mar 2006. |
| SAN FRANCISCO CNTY REC<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103<br>No phone number available | *Identification number* SQ2000H6630519 | *Date filed* Jun 2000<br>*Date resolved* Oct 2000 | *Responsibility* Individual | *Claim amount* $120<br>*Liability amount* NA | Status: State tax lien paid. This item was verified and updated on Mar 2006. |
| SAN FRANCISCO CNTY REC<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103<br>No phone number available | *Identification number* BK315PG0583SQ2 | *Date filed* Jan 2003<br>*Date resolved* Jun 2005 | *Responsibility* Individual | *Claim amount* $11<br>*Liability amount* NA | Status: State tax lien paid. This item was verified and updated on Mar 2006. |
| SAN FRANCISCO CNTY REC<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103<br>No phone number available | *Identification number* BK717PG0516SQ2 | *Date filed* Sep 2004<br>*Date resolved* Sep 2005 | *Responsibility* Individual | *Claim amount* $0<br>*Liability amount* NA | Status: State tax lien paid. This item was verified and updated on Mar 2006. |

EXP/YOURKE 00311

Exhibit L to Anderson Declaration,
Yourke v Experian

# experian

**Prepared for**
STEVEN YOURKE

**Report number**
254095|345

**Report date**
March 25, 2006

www.experian.com/disputes   Page 1 of 10

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

```
||..|..||....||..|..||..|..|..|||||..||..|.|||||....||..|.|.|.|
************** ALL FOR AADC 940
0011837 2 AB 0.554 L 573
STEVEN YOURKE
828 FRANKLIN ST APT 706
SAN FRANCISCO CA 94102-6309
||..|..|..|..|||||....||..||..||..|||..||..|..|..|..||..||
```

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate and will continue to be reported. If you still question this item, review this report to view the change.

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

| Public records | Outcome |
|---|---|
| SAN FRANCISCO CNTY REC | Updated |
| BKH31DPG0664SO9..... | |
| SAN FRANCISCO CNTY REC | |
| BK/315PG0583SO2..... | |
| SAN FRANCISCO CNTY REC | Updated |
| SQ2000I-1663..... | |
| SAN FRANCISCO CNTY REC | Updated |
| BK717PG05165Q2..... | |

Visit experian.com/status to check the status of your pending disputes at any time

### If you have questions

For the fastest and easiest way to dispute visit:
**experian.com/disputes**
or call **800 509 8495**.

Dispute services are available 24 hours a day, seven days a week.

Contact us within 90 days from the date on this report and be sure to have your report number.

**To order a copy of your Experian Credit Score,** visit **experian.com** or call **1 888 322 5583.**

**Protect and manage your credit with Credit Manager,** www.creditexpert.com.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.



EXHIBIT

# experian

**Prepared for**
STEVEN YOURKE
**Report number**
25.4095.1345

**Report date**
March 25, 2006
www.experian.com/disputes
Call 800 509 8495

**Page 2 of 10**

## Information affecting your creditworthiness

Items listed with dashes before and after the number, *for example --1--*, may have a potentially negative effect on your future credit extension and are listed first on the report.

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account information connected with some public records, such as bankruptcy, also may appear with your credit accounts listed later in this report.

## Public records

| Source/<br>Identification number | Location<br>number | Date filed/<br>Date resolved | Responsibility | Claim amount/<br>Liability amount | Status details |
|---|---|---|---|---|---|
| **--1-- SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103 | SQ2004H708905 | 4-2004/<br>9-2004 | Individual | $51,655 /<br>NA | Status: Federal tax lien paid.<br>This item was verified on Mar 2006<br>and remained unchanged. |
| **--2-- SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103 | BKH310PG0664SQ29 | 1-1999/<br>8-1999 | Individual | $114 /<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Mar 2006. |
| **--3-- SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103 | SQ2000H663O519 | 6-2000/<br>10-2000 | Individual | $120 /<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Mar 2006. |
| **--4-- SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103 | BKI31SPG05835Q2 | 1-2003/<br>6-2005 | Individual | $11 /<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Mar 2006. |
| **--5-- SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103 | BKI717PG0516SQ2 | 9-2004/<br>9-2005 | Individual | $0 /<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Mar 2006. |

# experian™

## Investigation results

**Prepared for**
STEVEN YOURKE

**Report number**
2540951345

**Report date**
March 29, 2006

**www.experian.com/disputes    Page 1 of 10**

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

• request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
• add a statement disputing the accuracy or completeness of the information; and
• request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

STEVEN YOURKE
828 FRANKLIN STREET #706
SAN FRANCISCO CA 94102

016663809.7

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate
**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

| Public records | Outcome |
|---|---|
| SAN FRANCISCO CNTY REC | |
| BKØPGSQ.... | Deleted |

Visit experian.com/status to check the status of your pending disputes at any time

EXP/YOURKE 00300

### If you have questions

For the fastest and easiest way to dispute online, visit **experian.com/disputes** or call, **800 509 8495**.

Dispute services are available 24 hours a day, seven days a week.

Contact us within 90 days from the date on this report and be sure to have your report number.

**To order a copy of your Experian Credit Score, visit experian.com or call 1 888 322 5583.**

**Protect and manage your credit with Credit Manager. www.creditexpert.com**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

EXHIBIT
_Alf 27_
YOURKE/SMTH XL

# experian™

**Prepared for**
STEVEN YOURKE
**Report number**
2540951345

**Report date**
March 29, 2006
www.experian.com/disputes
Call 800 509 8495

**Page 2 of 10**

## Information affecting your creditworthiness

Items listed with dashes before and after the number, *for example* —I—, may have a potentially negative effect on your future credit extension and are listed first on the report.

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account information connected with some public records, such as bankruptcy, also may appear with your credit accounts listed later in this report.

## Public records

| Source/Identification number | Location number | Date filed/Date resolved | Responsibility | Claim amount/Liability amount | Status details |
|---|---|---|---|---|---|
| —I— **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | SQ2004H708905 | 4-2004/<br>9-2004 | Individual | $51,655 /<br>NA | Status: Federal tax lien paid.<br>This item was verified on Mar 2006<br>and remained unchanged. |
| —2— **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | BKH310PG0664SQ29 | I-1999/<br>8-1999 | Individual | $114 /<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Mar 2006. |
| —3— **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | SQ2000H663051 9 | 6-2000/<br>10-2000 | Individual | $120 /<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Mar 2006. |
| —4— **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | BK31SPG0583SQ2 | I-2003/<br>6-2005 | Individual | $11 /<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Mar 2006. |
| —5— **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103 | BK717PG0516SQ2 | 9-2004/<br>9-2005 | Individual | $0 /<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Mar 2006. |

016638097

EXP/YOURKE 00301

Exhibit M to Anderson Declaration,
Yourke v Experian

# experian

**Prepared for**
STEVEN R YOURKE

**Report number**
160186I593

**Report date**
March 29, 2006

www.experian.com/disputes

Page 1 of 12

## Before contacting us, you should carefully review this report.

### Disputing information in your report

If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit:*

## www.experian.com/disputes

Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.

STEVEN R YOURKE
828 FRANKLIN STREET #706
SAN FRANCISCO CA 94102

## Your personal credit report

**Potentially negative items or items for further review**
The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. Accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

**Accounts in good standing**
Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

**History of your account balances**
Reports up to two years of your monthly balances on an account, if reported by your creditor.

**Requests for your credit history**
We list anyone that has reviewed your credit information in the last two years.

**Personal Information**
This information is reported to us by you, your creditors and other sources.

## Other Experian credit management tools

### Score report
Order your Experian PLUS score report for only $6 by calling 1 888 322 5583.

### Credit Manager
Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

## About Experian

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

EXHIBIT
Alf. 28

EXP/YOURKE 00276

# experían

**Prepared for**
STEVEN R YOURKE

**Report number**
1601863593

**Report date**
March 29, 2006

www.experian.com/disputes
Call 1 800 509 8495

Page 2 of 12

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Public records

| | Identification number | Date filed / Date resolved | Responsibility | Claim amount / Liability amount | Status |
|---|---|---|---|---|---|
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>No phone number available | SQ2004H708905 | Date filed<br>Apr 2004<br>Date resolved<br>Sep 2004 | Individual | Claim amount<br>$51,655<br>Liability amount<br>NA | Status: Federal tax lien paid.<br>This item was verified on Mar 2006<br>and remained unchanged. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>No phone number available | BKH310PG0664SQ9 | Date filed<br>Jan 1999<br>Date resolved<br>Aug 1999 | Individual | Claim amount<br>$114<br>Liability amount<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Mar 2006. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>No phone number available | SQ2000H6630519 | Date filed<br>Jun 2000<br>Date resolved<br>Oct 2000 | Individual | Claim amount<br>$120<br>Liability amount<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Mar 2006. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>No phone number available | BK315PG0583SQ2 | Date filed<br>Jan 2003<br>Date resolved<br>Jun 2005 | Individual | Claim amount<br>$11<br>Liability amount<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Mar 2006. |
| **SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO  CA 94103<br>No phone number available | BK717PG0516SQ2 | Date filed<br>Sep 2004<br>Date resolved<br>Sep 2005 | Individual | Claim amount<br>$0<br>Liability amount<br>NA | Status: State tax lien paid.<br>This item was verified and updated on<br>Mar 2006. |

016638097

EXP/YOURKE 00277

Printable Full Report

# experian

☒ Close

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**STEVEN YOURKE**
Your report number is
**2540951345**
Report date:
**03/29/2006**

Index:
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Contact us
- Know your rights

🖶 **Print rep**

Experian collects and organizes information about you and your credit history from public records, your creditors and other rel
sources. Experian makes your credit history available to your current and prospective creditors, employers and others as allow
law, which can expedite your ability to obtain credit and can make offers of credit available to you. We do not grant or deny cre
credit grantor makes that decision based on its own guidelines.

## Potentially Negative Items                                          ba

## Public Records

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account connected with some public records, such as bankruptcy, also may appear with your credit items listed later in this report.

**SAN FRANCISCO CNTY REC**
Address:
400 S VAN NESS AVE
SAN FRANCISCO , CA  94103
*No phone number available*

Identification Number:
SQ2004H708905

Status:
Federal tax lien paid.

Status Details:
This item was verified on Mar 2006 and remained unchang

Date Filed:
04/29/2004
Date Resolved:
09/28/2004
Responsibility:
Individual

Claim Amount:
$51,655
Liability Amount:
NA

**SAN FRANCISCO CNTY REC**
Address:
400 S VAN NESS AVE
SAN FRANCISCO , CA  94103
*No phone number available*

Identification Number:
BKH310PG0664SQ9

Status:
State tax lien paid.

Status Details:
This item was verified and updated on Mar 2006.

Date Filed:
01/28/1999
Date Resolved:
08/09/1999
Responsibility:
Individual

Claim Amount:
$114
Liability Amount:
NA

**SAN FRANCISCO CNTY REC**



Printable Full Report                                                    Page 2 of 11

**Address:**                    Identification Number:
400 S VAN NESS AVE              SQ2000H6630519
SAN FRANCISCO , CA  94103
*No phone number available*

Status:                                    Status Details:
State tax lien paid.                       This item was verified and updated on Mar 2006.

**Date Filed:**                 **Claim Amount:**
06/21/2000                      $120
**Date Resolved:**              **Liability Amount:**
10/25/2000                      NA
**Responsibility:**
Individual


**SAN FRANCISCO CNTY REC**
**Address:**                    **Identification Number:**
400 S VAN NESS AVE              BKI315PG0583SQ2
SAN FRANCISCO , CA  94103
*No phone number available*

Status:                                    Status Details:
State tax lien paid.                       This item was verified and updated on Mar 2006.

**Date Filed:**                 **Claim Amount:**
01/31/2003                      $11
**Date Resolved:**              **Liability Amount:**
06/13/2005                      NA
**Responsibility:**
Individual


**SAN FRANCISCO CNTY REC**
**Address:**                    **Identification Number:**
400 S VAN NESS AVE              BKI717PG0516SQ2
SAN FRANCISCO , CA  94103
*No phone number available*

Status:                                    Status Details:
State tax lien paid.                       This item was verified and updated on Mar 2006.

**Date Filed:**                 **Claim Amount:**
09/07/2004                      NA
**Date Resolved:**              **Liability Amount:**
09/23/2005                      NA
**Responsibility:**
Individual


## Credit Items

For your protection, the last few digits of your account numbers do not display.

**ASSET ACCEPTANCE LLC**
**Address:**                    **Account Number:**          **Original Creditor:**
PO BOX 2036                     1923....                     PROVIDIAN BANK
WARREN, MI 48090
(800) 614-4730
Status: Collection account. $1,259 past due as of Mar 2006.   Status Details:
                                                              This item was verified and updated on Nov 2005.

**Date Opened:**                **Type:**                    **Credit Limit/Original Amount:**
09/2004                         Installment                  $1,139
**Reported Since:**             **Terms:**                   **High Balance:**
10/2004                         1 Months                     NA

Exhibit N to Anderson Declaration,
Yourke v Experian

# experian

Prepared for:
STEVEN R YOURKE
Report number
160186393

Report date:
April 04, 2006

www.experian.com/disputes   Page 1 of 10

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

աԱլ…ԱԱ…Ա.ԱԱ.Ա.Ա.Ա…ԱllԱ.Ա.Ա…ԱԱԱ.Ա.Ա…ԱII
*************** MIXED AADC 683
0007541 2 MB 0.563 L 592
STEVEN R YOURKE
828 FRANKLIN ST APT 706
SAN FRANCISCO CA 94102-6309
ԱԱ…Ա.Ա…ԱllԱ…Ա.Ա.Ա…ԱllԱ.Ա.Ա.Ա…Ա…ԱII…Ա

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

**Public records**

| | Outcome |
|---|---|
| SAN FRANCISCO CNTY REC | Updated |
| SQ2004H/70...... | |

Visit experian.com/status to check the status of your pending disputes at any time

**EXHIBIT**
RYT. 34

### If you have questions

For the fastest and easiest way to dispute visit:
**experian.com/disputes**
or call, **800 509 8495.**

Dispute services are available 24 hours a day, seven days a week.

Contact us within 90 days from the date on this report and be sure to have your report number.

**To order a copy of your Experian Credit Score,** visit **experian.com** or call **1 888 322 5583.**

**Protect and manage your credit with Credit Manager, www.creditexpert.com**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

experian

**Prepared for**
STEVEN R YOURKE

**Report number**
1601863593

**Report date**
April 04, 2006

www.experian.com/disputes
Call 800 509 8495

**Page 2 of 10**

## Information affecting your creditworthiness

Items listed with dashes before and after the number, *for example* --1--, may have a potentially negative effect on your future credit extension and are listed first on the report.

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account information connected with some public records, such as bankruptcy, also may appear with your credit accounts listed later in this report.

## Public records

| Source/ Identification number | Location number | Date filed/ Date resolved | Responsibility | Claim amount/ Liability amount | Status details |
|---|---|---|---|---|---|
| --1-- **SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO  CA 94103 | SQ20004H708905 | 4-2004/ 9-2004 | Individual | $0 / NA | Status: Federal tax lien paid. This item was verified and updated on Apr 2006. |
| --2-- **SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO  CA 94103 | BKH310PG0664SQ9 | 1-1999/ 8-1999 | Individual | $114 / NA | Status: State tax lien paid. This item was verified and updated on Mar 2006. |
| --3-- **SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO  CA 94103 | SQ2000H663059 | 6-2000/ 10-2000 | Individual | $120 / NA | Status: State tax lien paid. This item was verified and updated on Mar 2006. |
| --4-- **SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO  CA 94103 | BKI315PG05835Q2 | 1-2003/ 6-2005 | Individual | $11 / NA | Status: State tax lien paid. This item was verified and updated on Mar 2006. |
| --5-- **SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO  CA 94103 | BK717PG05165Q2 | 9-2004/ 9-2005 | Individual | $0 / NA | Status: State tax lien paid. This item was verified and updated on Mar 2006. |

# experian™

**Before contacting us, you should carefully review this report.**

## Disputing information in your report

If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit*

## www.experian.com/disputes

**Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.**

STEVEN YOURKE
828 FRANKLIN STREET
SAN FRANCISCO CA 94102

---

**EXHIBIT**
1X (NOTHWEST)
*Qy. 31*

---

Prepared for
STEVEN YOURKE
**Report number**
2945114055

**Report date**
April 11, 2006

www.experian.com/disputes

**Page 1 of 12**

## Your personal credit report

### Potentially negative items or items for further review

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

### Accounts in good standing

Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

### History of your account balances

Reports up to two years of your monthly balances on an account, if reported by your creditor.

### Requests for your credit history

We list anyone that has reviewed your credit information in the last two years.

### Personal information

This information is reported to us by you, your creditors and other sources.

## Other Experian credit management tools

### Score report

Order your Experian VantageScore℠ report for only $6 by calling 1 888 322 5583.

### Credit Manager

Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

## About Experian

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

016638097

experian®

Prepared for
STEVEN YOURKE
Report number
2945114055

Report date
April 11, 2006
www.experian.com/disputes
Call 1 800 509 8495

Page 2 of 12

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Public records

| | | | | |
|---|---|---|---|---|
| **SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO  CA 94103 *No phone number available* | *Identification number* SQ2004H708905 | *Date filed* Apr 2004 *Date resolved* Sep 2004 | *Responsibility* Individual | *Claim amount* $0 *Liability amount* NA | Status: Federal tax lien paid. This item was verified and updated on Apr 2006. |
| **SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO  CA 94103 *No phone number available* | *Identification number* BKH310PG0664SQ9 | *Date filed* Jan 1999 *Date resolved* Aug 1999 | *Responsibility* Individual | *Claim amount* $114 *Liability amount* NA | Status: State tax lien paid. This item was verified and updated on Mar 2006. |
| **SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO  CA 94103 *No phone number available* | *Identification number* SQ2000H6630519 | *Date filed* Jun 2000 *Date resolved* Oct 2000 | *Responsibility* Individual | *Claim amount* $120 *Liability amount* NA | Status: State tax lien paid. This item was verified and updated on Mar 2006. |
| **SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO  CA 94103 *No phone number available* | *Identification number* BK315PG0583SQ2 | *Date filed* Jan 2003 *Date resolved* Jun 2005 | *Responsibility* Individual | *Claim amount* $11 *Liability amount* NA | Status: State tax lien paid. This item was verified and updated on Mar 2006. |
| **SAN FRANCISCO CNTY REC** 400 S VAN NESS AVE SAN FRANCISCO  CA 94103 *No phone number available* | *Identification number* BK717PG0516SQ2 | *Date filed* Sep 2004 *Date resolved* Sep 2005 | *Responsibility* Individual | *Claim amount* $0 *Liability amount* NA | Status: State tax lien paid. This item was verified and updated on Mar 2006. |

016663097

EXP/YOURKE 00333

Exhibit O to Anderson Declaration,
Yourke v Experian

# experian™

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

STEVEN YOURKE
828 FRANKLIN STREET
SAN FRANCISCO CA 94102

**EXHIBIT**
Alf. 32

**Prepared for**
STEVEN YOURKE

**Report number**
375184311 3

**Report date**
April 28, 2006

**www.experian.com/disputes   Page 1 of 14**

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

**Public records**

| | Outcome |
|---|---|
| SAN FRANCISCO CNTY REC SQ2004h70... | Updated |
| SAN FRANCISCO CNTY REC BKH310PG0664SQ9... | Updated |
| SAN FRANCISCO CNTY REC BKI315PG058SQ02... | Updated |
| SAN FRANCISCO CNTY REC SQ2000H663... | Updated |
| SAN FRANCISCO CNTY REC BKI717PG0516SQ2... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time

### If you have questions

For the fastest and easiest way to dispute, visit **experian.com/disputes** or call, **800 509 8495.**

Dispute services are available 24 hours a day, seven days a week.

Contact us within 90 days from the date on this report and be sure to have your report number.

**To order a copy of your Experian Credit Score,** visit **experian.com** or call **1 888 322 5583.**

**Protect and manage your credit with Credit Manager www.creditexpert.com**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

EXPA YOURKE 00356

# experian

**Prepared for**
STEVEN YOURKE
**Report number**
375I843I13

**Report date**
April 28, 2006
www.experian.com/disputes
Call 800 509 8495

**Page 2 of 14**

## Information affecting your creditworthiness

Items listed with dashes before and after the number, *for example* –I–, may have a potentially negative effect on your future credit extension and are listed first on the report.

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account information connected with some public records, such as bankruptcy, also may appear with your credit accounts listed later in this report.

## Public records

| | Identification number | Date filed / Date resolved | Responsibility | Claim amount / Liability amount | Status |
|---|---|---|---|---|---|
| **–I– SAN FRANCISCO CNTY REC**<br>400 S VAN NESS AVE<br>SAN FRANCISCO CA 94103<br>*No phone number available* | SQ2004-I708905 | Date filed<br>Apr 2004<br>Date resolved<br>Sep 2004 | Individual | Claim amount<br>$0<br>Liability amount<br>NA | Status: Federal tax lien paid.<br>Your statement: "THIS LIEN WAS FILED AGAINST ME BECAUSE I HAD NEGLECTED TO FILE TIMELY INCOME TAX RETURNS IN CERTAIN YEARS. ASSESSMENTS WERE MADE BASED UPON INCOMPLETE INFORMATION. WHEN I FINALLY FILED THE REQUIRED INCOME TAX RETURNS THAT SHOWED THAT I DID NOT ACTUALLY OWE ANY TAXES AT ALL RELATING TO ANY OF THE TAX LIENS. UPON MY FILING THE BELATED TAX RETURNS, THE LIENS WERE ALL RELEASED AND I NEVER HAD TO PAY A SINGLE PENNY IN BACK TAXES, PENALTIES OR INTEREST. IN A FEW INSTANCES, I DID PAY A TRIVIAL AMOUNT TO THE CFTB FOR COLLECTION COST, I.E. THE COSTS TO THE CFTB OF TRYING TO COLLECT THE TAXES THEY THOUGHT I OWED THEM, HOWEVER, AT NO TIME DID I FAIL TO PAY ANY LAWFUL DEBT AT ALL. THE LIENS WERE ALL SATISFIED AND RELEASED UPON MY FILING THE REQUIRED TAX RETURNS WITH THE APPROPRIATE AGENCIES." |

EXP/YOURKE 00357

# experian

**Prepared for**
STEVEN YOURKE

**Report number**
375184313

**Report date**
April 28, 2006
www.experian.com/disputes
Call 800 509 8495

**Page 3 of 14**

## Public records  *continued*

| | Identification number | Date filed | Responsibility | Claim amount | |
|---|---|---|---|---|---|
| **-1-- SAN FRANCISCO CNTY REC** *(continued)* | | | | | This item was verified and updated on Apr 2006. |
| | | | | | Status: State tax lien paid. |
| | | | | | Your statement "THIS LIEN WAS FILED AGAINST ME BECAUSE I HAD NEGLECTED TO FILE TIMELY INCOME TAX RETURNS IN CERTAIN YEARS. ASSESSMENTS WERE MADE BASED UPON INCOMPLETE INFORMATION. WHEN I FINALLY FILED THE REQUIRED INCOME TAX RETURNS THAT SHOWED THAT I DID NOT ACTUALLY OWE ANY TAXES AT ALL RELATING TO ANY OF THE TAX LIENS. UPON MY FILING THE BELATED TAX RETURNS, THE LIENS WERE ALL RELEASED AND I NEVER HAD TO PAY A SINGLE PENNY IN BACK TAXES, PENALTIES OR INTEREST. IN A FEW INSTANCES, I DID PAY A TRIVIAL AMOUNT TO THE CFTB FOR COLLECTION COST , I. E., THE COSTS TO THE CFTB OF TRYING TO COLLECT THE TAXES THEY THOUGHT I OWED THEM. HOWEVER, AT NO TIME DID I FAIL TO PAY ANY LAWFUL DEBT AT ALL. THE LIENS WERE ALL SATISFIED AND RELEASED UPON MY FILING THE REQUIRED TAX RETURNS WITH THE APPROPRIATE AGENCIES." |
| 400 S VAN NESS AVE | | Jan 1999 | | $114 | |
| SAN FRANCISCO CA 94103 | BKH310PG06645Q9 | *Date resolved* Aug 1999 | Individual | *Liability amount* NA | |
| No phone number available | | | | | |
| | | | | | |
| **-2-- SAN FRANCISCO CNTY REC** | | | | | This item was verified and updated on Apr 2006. |
| | | | | | Status: State tax lien paid. |
| 400 S VAN NESS AVE | | Jun 2000 | | $120 | |
| SAN FRANCISCO CA 94103 | SQ2000H663051 9 | *Date resolved* Oct 2000 | Individual | *Liability amount* NA | |
| No phone number available | | | | | |

EXP/YOURKE 00358

# experian

**Prepared for**
STEVEN YOURKE
**Report number**
3751843113

**Report date**
April 28, 2006
www.experian.com/disputes
Call 800 509 8495

**Page 4 of 14**

**Public records** *continued*

**SAN FRANCISCO CNTY REC** *(continued)*

| | Identification number | Date filed | Responsibility | Claim amount |
|---|---|---|---|---|
| **SAN FRANCISCO CNTY REC** | BK1315PG05835Q2 | Jan 2003 | Individual | $11 |
| 400 S VAN NESS AVE | | **Date resolved** | | **Liability amount** |
| SAN FRANCISCO  CA 94103 | | Jun 2005 | | NA |
| *No phone number available* | | | | |

Status: State tax lien paid.

This item was verified and updated on Apr 2006.

Your statement "THIS LIEN WAS FILED AGAINST ME BECAUSE I HAD NEGLECTED TO FILE TIMELY INCOME TAX RETURNS IN CERTAIN YEARS. ASSESSMENTS WERE MADE BASED UPON INCOMPLETE INFORMATION. WHEN I FINALLY FILED THE REQUIRED INCOME TAX RETURNS THAT SHOWED THAT I DID NOT ACTUALLY OWE ANY TAXES AT ALL RELATING TO ANY OF THE TAX LIENS, UPON MY FILING THE BELATED TAX RETURNS, THE LIENS WERE ALL RELEASED AND I NEVER HAD TO PAY A SINGLE PENNY IN BACK TAXES, PENALTIES OR INTEREST. IN A FEW INSTANCES, I DID PAY A TRIVIAL AMOUNT TO THE CFTB FOR COLLECTION COST , I. E., THE COSTS TO THE CFTB OF TRYING TO COLLECT THE TAXES THEY THOUGHT I OWED THEM, HOWEVER, AT NO TIME DID I FAIL TO PAY ANY LAWFUL DEBT AT ALL. THE LIENS WERE ALL SATISFIED AND RELEASED UPON MY FILING THE REQUIRED TAX RETURNS WITH THE APPROPRIATE AGENCIES."

EXP/YOURKE 00359

experian™

**Prepared for**
STEVEN YOURKE
**Report number**
3751843113

**Report date**
April 28, 2006
www.experian.com/disputes
Call 800 509 8495

**Page 5 of 14**

EXP/YOURKE 00360

**Public records** *continued*

**4— SAN FRANCISCO CNTY REC** *(continued)*

Your statement: "THIS LIEN WAS FILED AGAINST ME BECAUSE I HAD NEGLECTED TO FILE TIMELY INCOME TAX RETURNS IN CERTAIN YEARS. ASSESSMENTS WERE MADE BASED UPON INCOMPLETE INFORMATION. WHEN I FINALLY FILED THE REQUIRED INCOME TAX RETURNS THAT SHOWED THAT I DID NOT ACTUALLY OWE ANY TAXES AT ALL RELATING TO ANY OF THE TAX LIENS, UPON MY FILING THE BELATED TAX RETURNS, THE LIENS WERE ALL RELEASED AND I NEVER HAD TO PAY A SINGLE PENNY IN BACK TAXES, PENALTIES OR INTEREST. IN A FEW INSTANCES, I DID PAY A TRIVIAL AMOUNT TO THE CFTB FOR COLLECTION COST , I.E., THE COSTS TO THE CFTB OF TRYING TO COLLECT THE TAXES THEY THOUGHT I OWED THEM, HOWEVER, AT NO TIME DID I FAIL TO PAY ANY LAWFUL DEBT AT ALL. THE LIENS WERE ALL SATISFIED AND RELEASED UPON MY FILING THE REQUIRED TAX RETURNS WITH THE APPROPRIATE AGENCIES."

This item was verified and updated on Apr 2006.

| | Identification number | | Responsibility | Claim amount | |
|---|---|---|---|---|---|
| **5— SAN FRANCISCO CNTY REC** | BK717PG0516SQ2 | Date filed Sep 2004 | Individual | $0 | Status: State tax lien paid. |
| 400 S VAN NESS AVE | | Date resolved Sep 2005 | | Liability amount NA | |
| SAN FRANCISCO CA 94103 | | | | | |
| No phone number available | | | | | |

016663B097

experian

**Prepared for**
STEVEN YOURKE
**Report number**
3751843113

**Report date**
April 28, 2006
www.experian.com/disputes
Call 800 509 8495

**Page 6 of 14**

**Public records** *continued*

**-5- SAN FRANCISCO CNTY REC** *(continued)*

Your statement "THIS LIEN WAS FILED AGAINST ME BECAUSE I HAD NEGLECTED TO FILE TIMELY INCOME TAX RETURNS IN CERTAIN YEARS. ASSESSMENTS WERE MADE BASED UPON INCOMPLETE INFORMATION. WHEN I FINALLY FILED THE REQUIRED INCOME TAX RETURNS THAT SHOWED THAT I DID NOT ACTUALLY OWE ANY TAXES AT ALL RELATING TO ANY OF THE TAX LIENS. UPON MY FILING THE BELATED TAX RETURNS, THE LIENS WERE ALL RELEASED AND I NEVER HAD TO PAY A SINGLE PENNY IN BACK TAXES, PENALTIES OR INTEREST. IN A FEW INSTANCES, I DID PAY A TRIVIAL AMOUNT TO THE CFTB FOR COLLECTION COST, I.E., THE COSTS TO THE CFTB OF TRYING TO COLLECT THE TAXES THEY THOUGHT I OWED THEM. HOWEVER, AT NO TIME DID I FAIL TO PAY ANY LAWFUL DEBT AT ALL. THE LIENS WERE ALL SATISFIED AND RELEASED UPON MY FILING THE REQUIRED TAX RETURNS WITH THE APPROPRIATE AGENCIES."

This item was verified and updated on Apr 2006.

EXPYOURKE 00361

016663097

Exhibit P to Anderson Declaration,
Yourke v Experian



April 03, 2006

Experian
PO Box 1040
Allen, TX 75013

www.experian.com

Steven Yourke
828 Franklin Street #706
San Francisco, CA 94102

RE:  Your personal credit report

Dear Mr. Yourke:

This letter is in response to your recent correspondence to me and Ms. Helm regarding your
personal credit report.

Pursuant to your request, Ms. Higginbotham has contacted Ms. Norwood, with the California
Franchise Tax Board.  Ms. Norwood verified that the tax liens were valid and later released.

Please be aware the California Franchise Tax Board and Internal Revenue Service indicate that
their records reflect there were tax liens filed against you.  The liens are therefore a matter of
public record and may be reported on your personal credit report.  Experian may report this
information on your credit report pursuant to section 605 (a) (5) of the FCRA.

After careful review of the documents provided and discussions with Ms. Norwood and our
Legal Department, we have updated the amounts of the appropriate tax liens to reflect the
actual amount that were due to the California Franchise Tax Board and the IRS upon the filing
of your tax returns.

Regarding the listing of Providian and Asset Acceptance, items of information may appear in
more than one place on your personal credit report as an accurate reflection of your complete
credit history. The item was reported by two sources: the original credit grantor, Providian, and
the collection agency, Asset Acceptance.  Providian is reflecting that the account is closed due
to an account transfer.

If you would like to add a statement of continued dispute regarding these items, you may
contact Ms. Higginbotham directly at 972 390 4016.  Any further disputes regarding these tax
liens should be addressed to the lien holders.

Sincerely,

Cristen Ransom
Manager
Consumer Affairs Special Services

EXHIBIT
Ply. 35
FALCON·DALLAS, TX