Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron & Ogilvie LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Steven R. Yourke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. YOURKE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>　　　　　Defendant. | Case No. C 06 02370 CW<br><br>**SECOND STIPULATION AND ORDER FOR LEAVE TO FILE DOCUMENTS IN COMPLIANCE WITH LOCAL RULE 3-17** |

　　　　Whereas, on April 12, 2007, plaintiff filed the Declaration of Mark F Anderson Attaching Documents and Transcripts of Depositions Filed in Opposition to Defendant's Motion for Summary Judgment (document number 43);

　　　　Whereas, certain of the documents attached to that declaration disclose the social security number and year of birth of the plaintiff Steven R. Yourke in violation of Local Rule 3-17;

　　　　Whereas, on April 24, 2007, the Court approved a stipulation providing that plaintiff may file a substituted declaration with the social security numbers and date of birth of the plaintiff redacted;

　　　　Whereas, on April 25, 2007, plaintiff filed a substituted declaration with attachments pursuant to that stipulation (document number 48);

Stip & Order re L-R 3-17, *Yourke v Experian*　　　　1

Whereas, the parties' stipulation and order called for deletion of document number 38, which was an error, the correct document number being number 43.

Whereas, a court order is needed to remove documents e-filed;

IT IS HEREBY STIPULATED by and between counsel that document number 38 may be stricken from the e-filing system.

Dated: April 26, 2007.

        KEMNITZER, ANDERSON, BARRON & OGILVIE LLP

        By   /s/ Mark F Anderson
            Mark F. Anderson
            Attorney for Plaintiff Steven Yourke

Dated: April 26, 2007.

        JONES DAY

        By   /s/ Lucinda W. Andrew
            Lucinda W. Andrew
            Attorney for Defendant Experian Information Solutions, Inc.

ORDER

Based on the stipulation of the parties and for good cause shown, the Clerk shall delete entry number 43 from the case file.

_____
Judge of the U.S. District Court