Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff Steven R. Yourke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. YOURKE,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. C 06-2370 CW<br><br>ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims against defendant Experian Information Solutions, Inc. are dismissed with prejudice and without costs to either party.

Dated: _____7/31\_\_\_\_\_, 2007.

*[signature]*
_____
Judge of the United States District Court

Order for Dismissal